```
 1 │ Dan Lawton (State Bar No. 127342)            James C. Pistorino (State Bar No. 226496)
   │ Joseph C. Kracht (State Bar No. 228507)      HOWREY LLP
 2 │ LAWTON LAW FIRM                              1950 University Ave., Fourth floor
   │ 550 West C Street, Suite 1400                East Palo Alto, CA 92303
 3 │ San Diego, CA 92101                          650.798.3580 (telephone)
   │ 619.595.1370 (telephone)                     650.798.3600 (facsimile)
 4 │ 619.595.1520 (facsimile)
   │                                              BY: _____ DEPUTY
 5 │ Attorneys for Plaintiff AntiCancer, Inc.     Attorneys for Defendant Merck & Co.
 6 │ Karen Shichman Crawford (State Bar No. 96993)
   │ John P. Cooley (State Bar No. 162955)
 7 │ DUANE MORRIS LLP
   │ 101 West Broadway, Suite 900
 8 │ San Diego, CA 92101
   │ 619.744.2200 (telephone)
 9 │ 619.744.2201 (facsimile)
10 │ Attorneys for Defendant Novartis Corp.
11 │ Allison H. Goddard (State Bar No. 211098)
   │ JACZKO GODDARD LLP
12 │ 4401 Eastgate Mall
   │ San Diego, CA 92121
13 │ 858.550.6150 (telephone)
   │ 858.225.3500 (facsimile)
14 │
   │ Attorneys for Defendant Cambridge Research & Instrumentation, Inc.
15 │
16 │                    UNITED STATES DISTRICT COURT
17 │                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
18 │
19 │ ANTICANCER, INC., a California         )  Case No. 3:07-CV-00097-B-RBB
   │ corporation,                           )
20 │                                        )  JOINT MOTION UPON STIPULATION
   │        Plaintiff,                      )  RE FILING OF SECOND AMENDED
21 │                                        )  COMPLAINT; ORDER THEREON
   │ v.                                     )
22 │                                        )
   │ CAMBRIDGE RESEARCH &                   )
23 │ INSTRUMENTATION, INC., a               )
   │ Delaware corporation; MERCK & CO.,     )
24 │ INC., a New Jersey corporation;        )
   │ NOVARTIS CORP., a New York             )
25 │ corporation; and DOES 17-50,           )
   │                                        )
26 │        Defendants.                     )
   │                                        )
27 │ _____)
28 │
```

Case No. 3:07-CV-00097-B-RBB

| | |
|---|---|
| 1 | Pursuant to the provisions of Local Rule 7.2 and Fed. R. Civ. Proc. 15(a) and the |
| 2 | stipulation of counsel, IT IS HEREBY STIPULATED by and between the parties to this |
| 3 | action, plaintiff AntiCancer, Inc., and defendants Merck & Co., Inc., Cambridge Research |
| 4 | and Instrumentation, Inc., and Novartis Corp., by and through their counsel of record, that |
| 5 | plaintiff may and should have leave to file a Second Amended Complaint in the form |
| 6 | accompanying this joint motion and order, and the above-named parties move the Court for |
| 7 | an order approving their stipulation and deeming the accompanying Second Amended |
| 8 | Complaint filed as of the date of the Court's entry of the proposed order set forth below. IT |
| 9 | IS FURTHER STIPULATED that the substitution of defendant Novartis Institutes for |
| 10 | Biomedical Research, Inc. ("NIBRI") in place and instead of defendant Novartis Corp. will |
| 11 | not be construed to comprise an appearance by NIBRI in this action or to effect a waiver of |
| 12 | any defense (including any and all challenges to the jurisdiction of the Court over NIBRI). |

AGREED AND ACCEPTED:

Dated: June ____, 2007        LAWTON LAW FIRM

                              By: _____
                                  Dan Lawton
                                  Joseph C. Kracht
                                  Attorney for Plaintiff AntiCancer, Inc.

Dated: June 21, 2007          JACZKO GODDARD LLP

                              By: _Allison Goddard_ (signature)
                                  Allison H. Goddard
                                  Attorneys for Defendant Cambridge Research &
                                  Instrumentation, Inc.

Dated: June ____, 2007        DUANE MORRIS LLP

1  Pursuant to the provisions of Local Rule 7.2 and Fed. R. Civ. Proc. 15(a) and the
2  stipulation of counsel, IT IS HEREBY STIPULATED by and between the parties to this
3  action, plaintiff AntiCancer, Inc., and defendants Merck & Co., Inc., Cambridge Research
4  and Instrumentation, Inc., and Novartis Corp., by and through their counsel of record, that
5  plaintiff may and should have leave to file a Second Amended Complaint in the form
6  accompanying this joint motion and order, and the above-named parties move the Court for
7  an order approving their stipulation and deeming the accompanying Second Amended
8  Complaint filed as of the date of the Court's entry of the proposed order set forth below. IT
9  IS FURTHER STIPULATED that the substitution of defendant Novartis Institutes for
10 Biomedical Research, Inc. ("NIBRI") in place and instead of defendant Novartis Corp. will
11 not be construed to comprise an appearance by NIBRI in this action or to effect a waiver of
12 any defense (including any and all challenges to the jurisdiction of the Court over NIBRI).

AGREED AND ACCEPTED:

Dated: June __, 2007          LAWTON LAW FIRM

                              By: _____
                                  Dan Lawton
                                  Joseph C. Kracht
                                  Attorney for Plaintiff AntiCancer, Inc.

Dated: June ____, 2007        JACZKO GODDARD LLP

                              By: _____
                                  Allison H. Goddard
                                  Attorneys for Defendant Cambridge Research &
                                  Instrumentation, Inc.

Dated: June __, 2007          DUANE MORRIS LLP

|   |   |
|---|---|
| 1 |   |
| 2 | By: /s/ Karen Shichman-Crawford |
| 3 | Karen Shichman-Crawford<br>Attorneys for Defendant Novartis Corp. |
| 4 |   |
| 5 | Dated: June ____, 2007         HOWREY LLP |
| 6 |   |
| 7 |   |
| 8 | By: _____ |
| 9 | James Pistorino<br>Attorneys for Defendant Merck & Co., Inc. |

Case No. 3:07-CV-00097-B-RBB

| | |
|---|---|
| | By: _____ |
| | Karen Shichman-Crawford |
| | Attorneys for Defendant Novartis Corp. |

Dated: June 21, 2007        HOWREY LLP

By: _____
James Pistorino
Attorneys for Defendant Merck & Co., Inc.

## ORDER

IT IS SO ORDERED.

Plaintiff's Second Amended Complaint hereby deemed filed as of the date of entry of this order.

Dated: June 26, 2007

*[signature]*
JUDGE OF THE UNITED STATES DISTRICT COURT