| | |
|---|---|
| 1 | James C. Pistorino (SBN 226496) |
|   | John F. Lynch (admitted *pro hac vice*) |
| 2 | Anthony S. Kim (SBN 225703) |
|   | HOWREY LLP |
| 3 | 1950 University Avenue, 4th Floor |
|   | East Palo Alto, CA  94303 |
| 4 | Telephone:  (650) 798-3500 |
|   | Facsimile:   (650) 798-3600 |
| 5 | E-Mail:  PistorinoJ@howrey.com |
|   | E-Mail:  LynchJ@howrey.com |
| 6 | E-Mail:  KimT@howrey.com |
| 7 | Attorneys for Defendant |
|   | MERCK & CO., INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTICANCER, INC., a California corporation, | ) | Case No. 3:07-CV-00097-B-RBB |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S UNOPPOSED *EX PARTE* MOTION TO MODIFY THE COURT'S NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |
| CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware corporation; MERCK & CO., INC., a New Jersey corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH INC., a Delaware corporation; and DOES 17-50, | ) | |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

Defendant and Counterclaimant Merck & Co., Inc. ("Merck") hereby files this Memorandum of Points and Authorities in support of Merck's Unopposed *Ex Parte* Motion to Modify the Court's Notice and Order for Early Neutral Evaluation Conference.

## BACKGROUND AND REQUESTED RELIEF

This is a patent infringement action originally filed against seventeen pharmaceutical industry defendants.  (Dkt. Entry No. 1-1 [Complaint].)  Plaintiff AntiCancer Inc. ("AntiCancer") subsequently

HOWREY LLP

MERCK'S MEMORANDUM OF POINTS & AUTHORITIES ISO ITS
*EX PARTE* MOTION TO MODIFY ORDER RE ENE CONFERENCE
Case No. 3:07-CV-00097-B-RBB

-1-

amended its Complaint, alleging infringement of five United States patents by Defendants Cambridge Research & Instrumentation, Inc., Merck, and Novartis Institutes for Biomedical Research, Inc. (Dkt. Entry No. 25-2 [Second Amended Complaint].) Merck has filed an Answer to the Complaint, and has counterclaimed for declaratory judgments of noninfringement and invalidity of each of the patents-in-suit. (Dkt. Entry No. 29 [Answer to Second Amended Complaint].)

The Court conducted an attorneys-only Early Neutral Evaluation ("ENE") Conference on June 18, 2007. (Dkt. Entry No. 21.)

An ENE Conference that includes both attorneys and representatives for the parties is currently scheduled for August 22, 2007. (*Id.*) The Court's April 26, 2007 Notice and Order for Early Neutral Evaluation Conference requires the parties' representatives to be non-lawyers who have "full and unlimited authority to entire into a binding settlement." (Dkt. Entry No. 11 at 2.) In addition, the April 26, 2007 Order excludes corporate counsel from acting as the parties' representatives. (Dkt. Entry No. 11.)

Merck has moved to modify the Court's April 26, 2007 Order to allow Dr. Mary J. Morry, in-house counsel for Merck, to participate in the ENE Conference as Merck's representative. Plaintiff AntiCancer does not object to Dr. Morry's participation at the ENE Conference on behalf of Merck.

## **ARGUMENT**

Good cause exists to modify the Court's April 26, 2007 Order. The ENE Conference is intended to allow for informal, frank discussion of the claims and defenses of the parties, and to provide an opportunity for early settlement. Those objectives are well served by permitting Dr. Morry to participate in the ENE Conference as Merck's representative.

Dr. Morry is qualified to act as Merck's representative at the ENE Conference. She has an extensive background in the technical issues involved in this action. Dr. Morry possesses a Ph.D. in molecular biology, and has served as a principal investigator in a multi-year molecular genetics study. In addition, Dr. Morry understands the application of the law to biotechnology issues. She has been an attorney for more than 16 years, with experience in patent litigation, licensing, prosecution of patent applications, and due diligence analysis for initial public stock offerings and mergers. Over the last

HOWREY LLP

MERCK'S MEMORANDUM OF POINTS & AUTHORITIES ISO ITS
*EX PARTE* MOTION TO MODIFY ORDER RE ENE CONFERENCE
Case No. 3:07-CV-00097-B-RBB

-2-

four years, as an in-house intellectual property litigation attorney at Merck, Dr. Morry has become familiar with Merck's technology, operations, and business. In addition, Dr. Morry is familiar with the facts of this case including facts that relate to AntiCancer's allegations and the prosecution of the asserted patents. As a result, Dr. Morry is "legally and factually prepared to discuss and resolve the case." (Dkt. Entry No. 11 at 2.) Moreover, Dr. Morry would have the authority to settle this action on terms acceptable to Merck. Dr. Morry's participation would allow Merck to participate in a meaningful way at the ENE Conference.

Plaintiff AntiCancer and Defendant Cambridge Research & Instrumentation have been notified of this *Ex Parte* Motion, and do not object to Merck's designation of Dr. Morry as its corporate representative at the ENE Conference.

## CONCLUSION

For the foregoing reasons, Merck requests that the Court grant this *Ex Parte* Motion, and modify its April 26, 2007 Order to allow Dr. Morry to participate as Merck's representative at the ENE Conference.

Dated: August 15, 2007

Respectfully submitted,

HOWREY LLP

By: /s/ James C. Pistorino
James C. Pistorino
John F. Lynch (admitted *pro hac vice*)
Anthony S. Kim

Attorneys for Defendant
MERCK & CO., INC.

HOWREY LLP

MERCK'S MEMORANDUM OF POINTS & AUTHORITIES ISO ITS
*EX PARTE* MOTION TO MODIFY ORDER RE ENE CONFERENCE
Case No. 3:07-CV-00097-B-RBB

-3-