James C. Pistorino (SBN 226496)
John F. Lynch (admitted *pro hac vice*)
Anthony S. Kim (SBN 225703)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600
E-Mail:  PistorinoJ@howrey.com
E-Mail:  LynchJ@howrey.com
E-Mail:  KimT@howrey.com

Attorneys for Defendant
MERCK & CO., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware corporation; MERCK & CO., INC., a New Jersey corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH INC., a Delaware corporation; and DOES 17-50,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:07-CV-00097-B-RBB<br><br>**ORDER GRANTING DEFENDANT MERCK & CO., INC.'S UNOPPOSED *EX PARTE* MOTION TO MODIFY THE COURT'S NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant and Counterclaimant Merck & Co., Inc.'s ("Merck") Unopposed *Ex Parte* Motion to Modify the Court's Notice and Order for Early Neutral Evaluation Conference is hereby granted.  The Court's Notice and Order for Early Neutral Evaluation Conference (Dkt. Entry No. 11) is modified to

//

//

//

1 permit Dr. Mary J. Morry to server as Merck's representative in the Early Neutral Evaluation
2 Conference.
3     IT IS SO ORDERED.
4
5 Dated: August 15, 2007

          */s/ Ruben Brooks*
    Honorable Ruben B. Brooks
    United States Magistrate Judge