**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware corporation; MERCK & CO., INC., a New Jersey corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware corporation; and DOES 17-50,<br><br>Defendants. | Case No.: 07 CV 0097 WQH(RBB)<br><br>**ORDER GRANTING THE *EX PARTE* MOTION TO MODIFY THE COURT'S NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE BY DEFENDANT NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC.** |

Defendant Novartis Institutes for Biomedical Research, Inc. ("NIBRI") unopposed *Ex Parte* Motion to Modify the Court's Notice and Order for Early Neutral Evaluation Conference is hereby granted. The Court's Notice and Order for Early Neutral Evaluation Conference (Dkt. Entry No. 11) is modified to permit James M. Donegan to serve as NIBRI's representative in the Early Neutral

/ / /

/ / /

/ / /

/ / /

/ / /

DM1\1184134.1

**Order Granting *Ex Parte* Motion to Modify Order on ENE Conference - Case No.: 07 CV 0097 WQH(RBB)**

1 | Evaluation Conference currently scheduled for September 27, 2007, at 2:00 p.m.
2 |     IT IS SO ORDERED.
3 |
4 |
5 | Dated: September 12, 2007

                                                  */s/ Ruben Brooks*
                                         Honorable Ruben Brooks
                                         United States Magistrate Judge