**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ANTICANCER v. CAMBRIDGE

Case No. 07cv0097 JLS(RBB)
**Time Spent: 1 hr. 16 mins.**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr. CD No. 1: 13:56:43-14:57:38 and 15:22:00-15:28:25

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Daniel Lawton (present) | Allison Goddard (present) |
| Matt Valenti | Teodor Holmberg (present) |
| | James Pistorino (present) |
| | Karen Crawford |
| | John Cooley (present) |
| | Paul Schuck |

PROCEEDINGS: ____ In Chambers __x__ In Court ____ Telephonic

A continued hearing was held on Plaintiff Anticancer, Inc.'s Motion for Leave to Amend Preliminary Infringement Contentions Per Patent Local Rule 3.7 [doc. no. 65]. For the reasons stated on the record, the Motion is denied.

DATE: January 31, 2008

IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Sammartino
All Parties of Record

INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\ANTICANCER0097\MINUTE09.wpd