Karen Shichman Crawford (SBN 96993)
John P. Cooley (SBN 162955)
Courtney L. Bunt, Esq. (SBN 234410)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile:  619.744.2201
Email: kscrawford@duanemorris.com
       jpcooley@duanemorris.com
       clbunt@duanemorris.com
Attorneys for Defendant
NOVARTIS INSTITUTES FOR
BIOMEDICAL RESEARCH, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware corporation; MERCK & CO., Inc. a New Jersey corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC. and DOES 17-50, <br><br> Defendants. | **Case No.: 3:07 CV 0097 JLS-RBB** <br><br> **JOINT MOTION FOR PROTECTIVE ORDER** |

Plaintiff AntiCancer, Inc. and Defendants Novartis Institutes for BioMedical Research, Inc., Cambridge Research & Instrumentation, Inc., and Merck & Co., Inc. have jointly entered into a form

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

of a Protective Order. Thus, Plaintiff and Defendants respectfully request that this Court enter the proposed Protective Order which has been emailed to the Magistrate Judge.

**DUANE MORRIS LLP**

Dated: March 04, 2008     By:   s/ Karen Shichman Crawford
                                Karen Shichman Crawford
                                John P. Cooley
                                Courtney L. Bunt, Esq.
                                Attorneys for Defendant Novartis Institutes of BioMedical Research, Inc.

**LAWTON LAW FIRM**

Dated: March 04, 2008     By:         s/ Daniel A. Lawton
                                Daniel A. Lawton
                                Joseph Kracht
                                Attorneys for Plaintiff Anticancer, Inc.

**JACZKO GODDARD**

Dated: March 04, 2008     By:   s/ Allison H. Goddard
                                Allison H. Goddard
                                Attorneys for Defendant Cambridge Research & Instrumentation, Inc.

**HOWREY LLP**

Dated: March 04, 2008     By:   s/ James Pistorino
                                James Pistorino
                                Attorneys for Defendant Merck & Co., Inc.