J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
**JACZKO GODDARD LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

MARTIN B. PAVANE (admitted *pro hac vice*)
TEODOR J. HOLMBERG (admitted *pro hac vice*)
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-Mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,<br><br>Defendants. | **Case No. 07-CV-00097-JLS-RBB** |
| CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,<br><br>Counterclaimant<br><br>v.<br><br>ANTICANCER, INC.,<br><br>Counterdefendant | **CRI'S NOTICE OF, AND MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY REGARDING INFRINGEMENT AND QUASHING IMPROPER DISCOVERY**<br><br>Hearing Date: July 21, 2008<br>Time: 10:00 AM<br>Courtroom: B (1st Floor)<br>Judge: Hon. Ruben B. Brooks |

TO PLAINTIFF ANTICANCER AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 21, 2008, at 10:00 AM or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, in Courtroom B (1st Floor), the Honorable Ruben B. Brooks presiding, defendant and counterclaimant Cambridge Research & Instruments, Inc. ("CRI") will and hereby does move the Court for a protective order:

(1) to stay discovery on the issue of infringement until after this Court has ruled on CRI's impending motion for summary judgment of non-infringement of AntiCancer's U.S. Patent Nos. 6,759,038 ("the 038 patent"), 6,251,384 ("the '384 patent"), and 6,649,159 ("the '159 patent"), which includes, but is not necessarily limited to, staying discovery on (a) deposition topics 4, 5, 6, 11, and 12 in AntiCancer's Notice of 30(b)(6) Deposition of CRI, (b) document requests 1-4, 5/4-5/6,* and 5/11-5/12 accompanying AntiCancer's Notice of 30(b)(6) Deposition of CRI, (c) document requests 1-7 in AntiCancer's 1st set of requests for production, and (d) requests for inspection 1-2 in AntiCancer's 1st set of requests for production; and

(2) to quash AntiCancer's document requests 2, 5/7, and 5/8 accompanying AntiCancer's Notice of 30(b)(6) Deposition of CRI and document requests 1-14 in AntiCancer's 1st set of requests for production as vague, overly broad, and unduly burdensome, and requests for inspection 1-2 in AntiCancer's 1st set of requests for production as overly burdensome and unnecessary.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support thereof, the Declaration of Teodor Holmberg and exhibits attached thereto, all pleadings and papers on file in this Court, oral argument as permitted by the Court, and such other evidence or argument as may be presented to the Court before, at, or following the hearing.

---

* There were five document requests accompanying AntiCancer's 30(b)(6) Notice, but request 5 was for "ALL DOCUMENTS CONCERNING the 'Deposition Topics'", and thus included each of the twelve deposition topics. The phrase "request 5/n", where "n" is a number from 1 to 12, is used herein to indicate document request 5, insofar as it relates to deposition topic "n".

COHEN PONTANI LIEBERMAN & PAVANE LLP

Dated: June 16, 2008

By: /s Teodor J. Holmberg

Martin B. Pavane
Teodor J. Holmberg
Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: June 16, 2008 By: /s Teodor J. Holmberg

Teodor J. Holmberg
Attorney for Defendant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.
e-mail: tidge@cplplaw.com