J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
**JACZKO GODDARD LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

MARTIN B. PAVANE (admitted *pro hac vice*)
TEODOR J. HOLMBERG (admitted *pro hac vice*)
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-Mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,<br><br>Defendants. | **Case No. 07-CV-00097-JLS-RBB**<br><br>**CRI'S NOTICE OF MOTION, AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '038 AND '159 PATENTS** |
| CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,<br><br>Counterclaimant<br><br>v.<br><br>ANTICANCER, INC.,<br><br>Counterdefendant | Hearing Date: August 21, 2008<br>Time: 1:30 PM<br>Courtroom: 6 (3rd Floor)<br>Judge: Hon. Janis L. Sammartino |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on August 21, 2008, at 1:30 PM or as soon thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, in Courtroom No. 6, the Honorable Janis L. Sammartino presiding, defendant and counterclaimant Cambridge Research & Instruments, Inc. ("CRI") will and hereby does move the Court for Summary Judgment of Invalidity of plaintiff AntiCancer, Inc.'s ("AntiCancer") U. S. Patent Nos. 6,759,038 ("the '038 patent") and 6,649,159 ("the '159 patent"), pursuant to Federal Rule of Civil Procedure 56, on the ground that each and every limitation of all of the claims in the '038 and '159 patents is disclosed, either explicitly or inherently, in AntiCancer's own international PCT Application Ser. No. PCT/US98/08457 (referred to herein as **Tan WO '98**). This comprises summary adjudication on CRI's fourth and fifth counterclaims of invalidity of the '159 and '038 patents, respectively, asserted in CRI's July 23, 2007 answer and counterclaims to AntiCancer's second amended complaint. *See* CRI's Ans./C-clms. [D.E. 30], pp. 8-9.

There is no genuine issue as to any material fact and CRI is entitled to judgment as a matter of law.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support thereof, the Declaration of Teodor Holmberg and exhibits attached hereto, all pleadings and papers on file in this Court, oral argument as permitted by the Court, and such other evidence or argument as may be presented to the Court before, at, or following the hearing.

COHEN PONTANI LIEBERMAN & PAVANE LLP

Dated: June 30, 2008

By: /s Teodor J. Holmberg
Martin B. Pavane
Teodor J. Holmberg
Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: June 30, 2008 By: /s Teodor J. Holmberg

Teodor J. Holmberg
Attorney for Defendant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.
e-mail: tidge@cplplaw.com