J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
**JACZKO GODDARD LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

MARTIN B. PAVANE (admitted *pro hac vice*)
TEODOR J. HOLMBERG (admitted *pro hac vice*)
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-Mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,<br><br>Defendants. | **Case No. 07-CV-00097-JLS-RBB**<br><br>**DECLARATION OF TEODOR J. HOLMBERG IN SUPPORT OF CRI'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '038 AND '159 PATENTS** |
| CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,<br><br>Counterclaimant<br><br>v.<br><br>ANTICANCER, INC.,<br><br>Counterdefendant | Hearing Date: August 21, 2008<br>Time: 1:30 PM<br>Courtroom: 6 (3rd Floor)<br>Judge: Hon. Janis L. Sammartino |

I, Teodor J. Holmberg, declare as follows:

1. I make the following declaration based on my personal knowledge and of my own free will. I am over 21 years of age. I am an attorney at Cohen Pontani Lieberman & Pavane LLP, and am admitted to practice in Massachusetts and New York. I represent defendant and counterclaimant Cambridge Research & Instrumentation, Inc. ("CRI"), and have been admitted *pro hac vice,* for this action before this Court. *See*, *e.g.*, Order [D.E. 17].
2. Submitted herewith as **Exhibit 1** is a true and correct copy of "the '038 patent", U.S. Pat. No. 6,759,038, entitled "Metastasis Models Using Green Fluorescent Protein (GFP) As A Marker", with Yuying Tan and Takashi Chishima as inventors, issued to AntiCancer on July 6, 2004.
3. Submitted herewith as **Exhibit 2** is a true and correct copy of **Tan WO '98**, Int'l App. No. PCT/US98/08457, filed on April 28, 1998, entitled "Metastasis Models Using Green Fluorescent Protein (GFP) As A Marker", with Yuying Tan and Takashi Chishima as inventors, and AntiCancer as the applicant, and having Int'l Pub. No. WO 98/49336.
4. Submitted herewith as **Exhibit 3** is a true and correct copy of "the '159 patent", U.S. Patent No. 6,649,159, entitled "Whole-Body Optical Imaging of Gene Expression and Uses Thereof", with Meng Yang and Eugene Baranov as inventors, issued to AntiCancer on November 18, 2003.
5. Submitted herewith as **Exhibit 4** is a true and correct copy of **Hoffman 1992**: Hoffman, R.M., *Patient-Like Models of Human Cancer in Mice: A Review and Critique of Their Development*, in CURRENT PERSPECTIVES ON MOLECULAR & CELLULAR ONCOLOGY 1(B): 311-326 (1992).
6. Submitted herewith as **Exhibit 5** is a true and correct copy of **Hoffman 1999**: Hoffman, R.M., *Orthotopic Metastatic Mouse Models for Anticancer Drug Discovery and Evaluation: A Bridge to the Clinic*, in INVESTIGATIONAL NEW DRUGS 17(4): 343-359 (1999).
7. Submitted herewith as **Exhibit 6** is a true and correct copy of **Furukawa 1996**: Furukawa, T., Kubota, T., Watanabe, M., Kitajima, M., and Hoffman, R.M. , Int. J. Radiation Oncology Biol. Phys. 36(5): 1177-1187 (1996).

8. Submitted herewith as **Exhibit 7** is a true and correct copy of **Wang 1994**: Wang, X.; Fu, X.; Brown, P.D.; Crimmin, M.J.; Hoffman, R.M., *Matrix metalloproteinase inhibitor BB-94 (Batimastat) inhibits human colon tumor growth and spread in a patient-like orthotopic model in nude mice*, Cancer Res. 54: 4726-4728 (1994).
9. Submitted herewith as **Exhibit 8** is a true and correct copy of **An 1996**: An, Z., Wang, X., Astoul, P., Danays, T., Moossa, A.R., and Hoffman, R.M. , *Interferon gamma is highly effective against orthotopically-implanted human pleural adenocarcinoma in nude mice*, Anticancer Res. 16: 2545-2551 (1996).
10. Submitted herewith as **Exhibit 9** is a true and correct copy of **Kanai 1997**: Kanai T, Konno H, Tanaka T, Matsumoto K, Baba M, Nakamura S, Baba S., *Effect of angiogenesis inhibitor TNP-470 on the progression of human gastric cancer xenotransplanted into nude mice*, Int. J. Cancer 71(5): 838-841 (1997).
11. Submitted herewith as **Exhibit 10** is a true and correct copy of **Chishima 1997a**: Chishima, T., Miyagi, Y., Wang, X., Yamaoka, H., Shimada, H., Moossa, A., Hoffman, R.M., *Cancer Invasion and Micrometastasis Visualized in Live Tissue by Green Fluorescent Protein Expression*, Cancer Research 57(10): 2042-2047 (1997).
12. Submitted herewith as **Exhibit 11** is a true and correct copy of **Chishima 1997b**: Chishima, T., Miyagi, Y., Wang, X., Tan, Y., Shimada, H. Moossa, A., Hoffman, R.M., *Visualization of the metastatic process by green fluorescent protein expression*, Anticancer Research 17: 2377-2384 (1997).
13. Submitted herewith as **Exhibit 12** is a true and correct copy of **Chishima 1997c**: Chishima, T., Miyagi, Y., Wang, X., Baranov, E., Tan, Y., Shimada, H., Moossa, A., Hoffman, R., *Metastatic patterns of lung cancer visualized live and in process by green fluorescence protein expression*, Clinical and Experimental Metastasis 15(5): 547-552 (1997).
14. Submitted herewith as **Exhibit 13** is a true and correct copy of **Chishima 1997d**: Chishima, T.; Yang, M.; Miyagi, Y.; Lingna, L.; Tan, Y.; Baranov, E.; Shimada, H.; Moossa, A.; Penman, S.; Hoffman, R., *Governing step of metastasis visualized in vitro*, Proc. Natl. Acad. Sci. 94(21): 11573-11576 (1997).

15. Submitted herewith as **Exhibit 14** is a true and correct copy of **Chishima 1997e**: Chishima, T.; Miyagi, Y.; Li, L.; Tan, Y.; Baranov, E.; Yang, M.; Shimada, H.; Moossa, A.R.; and Hoffman, R.M., *Use of histoculture and green fluorescent protein to visualize tumor cell host interaction*, In Vitro Cell. Dev. Biol. 33: 745-747 (LETTER) (1997).
16. Submitted herewith as **Exhibit 15** is a true and correct copy of **Hoffman 1997**: Hoffman, R.M., *Fertile seed and rich soil: The development of clinically relevant models of human cancer by surgical orthotopic implantation of intact tissue*, ANTICANCER DRUG DEVELOPMENT GUIDE: PRECLINICAL SCREENING, CLINICAL TRIALS, AND APPROVAL (Teicher, B., ed.), Totowa, NJ: Humana Press Inc., 127-144 (1997).
17. Submitted herewith as **Exhibit 16** is a true and correct copy of **Chalfie '084**: U.S. Patent No. 5,491,084, entitled "Uses of green-fluorescent protein", Chalfie, M., and Prasher, D., inventors, issued on Feb. 13, 1996.
18. Submitted herewith as **Exhibit 17** is a true and correct copy of **Cheng 1997**: Cheng, L.; Du, C.; Murray, D.; Tong, X.; Zhang, Y.A.; Chen, B.P.; Hawley, R.G., *A GFP reporter system to assess gene transfer and expression in human hematopoietic progenitor cells*, Gene Therapy 4: 1013-1022 (1997).
19. Submitted herewith as **Exhibit 18** is a true and correct copy of **Levy 1996**: Levy, J., Muldoon, R., Zolotukhin, S., Link Jr., C., *Retroviral Transfer and Expression of a Humanized, Red-Shifted Green Fluorescent Protein Gene Into Human Tumor Cells*, Nature Biotechnology 14: 610-614 (1996).
20. Submitted herewith as **Exhibit 19** is a true and correct copy of **Grignani 1998**: Grignani, Fr.; Kinsella, T.; Mencarelli, A.; Valtieri, M.; Riganelli, D.; Grignani, Fa.; Lanfrancone, L.; Peschle, C.; Nolan, G.P.; Pelicci, P.G., *High-Efficiency Gene Transfer and Selection of Human Hematopoietic Progenitor Cells with a Hybrid EBV/Retroviral Vector Expressing the Green Fluorescence Protein*, Cancer Research 58: 14-19 (1998).
21. Submitted herewith as **Exhibit 20** is a true and correct copy of **Yang 2000**: Yang, M.; Baranov, E.; Jiang, P.; Sun, F-X.; Li., X-M.; Li, L.; Hasegawa, S.; Bouvet, M.; Al-Tuwaijri, M.; Chishima, T.; Shimada, H.; Moossa, A.R.; Penman, S.; Hoffman, R.M., *Whole-body*

*optical imaging of green fluorescent protein-expressing tumors and metastases*, Proc. Natl. Acad. Sci. (USA) 97(3): 1206-1211 (2000).

22. Submitted herewith as **Exhibit 21** is a true and correct copy of AntiCancer's Amendment filed on May 15, 2003 ("5/15/03 Amd.") at the U.S. Patent Office in the file of the application that became the '159 patent, which was produced by AntiCancer in this case pursuant to PatLR 3.2(c) and labeled ACC-0528 – ACC-0538.

23. Submitted herewith as **Exhibit 22** is a true and correct copy of the February 29, 2000 Hoffman Declaration ("2/29/00 Hoffman Dec.") filed at the U.S. Patent Office in the file of the third application of the series of applications that led to the '038 application—*i.e.*, the application which is identical to **Tan WO '98**, which was produced by AntiCancer in this case pursuant to PatLR 3.2(c) and labeled ACC-1101 – ACC-1104.

24. Submitted herewith as **Exhibit 23** is a true and correct copy of the March 12, 2003 Office Action mailed by the U.S. Patent Office in the file of the application which issued as the '038 patent, which was produced by AntiCancer in this case pursuant to PatLR 3.2(c) and labeled ACC-0124 – ACC-0135.

25. AntiCancer has admitted that the prosecution file histories it produced pursuant to PatLR 3.2(c), and thus **Exhibits 21**, **22**, and **23** should not have been labeled with any confidentiality designation.

26. Submitted herewith as **Exhibit 24** is a true and correct copy of AntiCancer's U.S. Pat. No. 6,524,571 entitled "Methioninase Gene Therapy for Tumor Treatment".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in New York, New York, on this day of June 30, 2008:

By: /s Teodor J. Holmberg
Teodor J. Holmberg

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: June 30, 2008 By: /s Teodor J. Holmberg

Teodor J. Holmberg
Attorney for Defendant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.
e-mail: tidge@cplplaw.com