J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
**JACZKO GODDARD LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

MARTIN B. PAVANE (admitted *pro hac vice*)
TEODOR J. HOLMBERG (admitted *pro hac vice*)
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-Mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,<br><br>Defendants. | **Case No. 07-CV-00097-JLS-RBB**<br><br>**CRI'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '384, '038, AND '159 PATENTS BASED ON ANTICANCER'S DEFICIENT PICS** |
| CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,<br><br>Counterclaimant<br><br>v.<br><br>ANTICANCER, INC.,<br><br>Counterdefendant | Hearing Date: August 21, 2008<br>Time: 1:30 PM<br>Courtroom: 6 (3rd Floor)<br>Judge: Hon. Janis L. Sammartino |

TO PLAINTIFF ANTICANCER AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on August 21, 2008, at 1:30 PM or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, in Courtroom No. 6, the Honorable Janis L. Sammartino presiding, defendant and counterclaimant Cambridge Research & Instruments, Inc. ("CRI") will and hereby does move the Court for Summary Judgment of Non-Infringement by CRI of plaintiff AntiCancer, Inc.'s ("AntiCancer") U.S. Patent Nos. 6,759,038 ("the 038 patent"), 6,251,384 ("the '384 patent"), and 6,649,159 ("the '159 patent"), pursuant to Federal Rule of Civil Procedure 56, on the ground that Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions ("PICs"), served pursuant to Judge Brooks' October 3, 2007 Case Management Order ("CMC Order") [D.E. 49], are deficient (*e.g.*, AntiCancer's claim chart is missing claim limitations for each and every independent claim in the '384, '038, and '159 patents—*i.e.,* the claim chart does not "identify[] specifically where each element of each asserted claim is found in each Accused Instrumentality" as required by CMC Order [D.E. 49], ¶2(c)). There is no genuine issue as to any material fact and CRI is entitled to judgment as a matter of law.

This comprises summary adjudication on CRI's third counterclaim of, *inter alia*, non-infringement of the '384 patent, a fourth counterclaim of, *inter alia*, non-infringement of the '159 patent, and a fifth counterclaim of, *inter alia*, non-infringement of the '038 patent, as asserted in CRI's July 23, 2007 answer and counterclaims to AntiCancer's second amended complaint. *See* CRI's Ans./C-clms. [D.E. 30], pp. 8-9, ¶¶15, 19, 23.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support thereof, the Declaration of Teodor Holmberg and attached exhibits, all pleadings and papers on file in this Court, oral argument as permitted by the Court, and such other evidence or argument as may be presented to the Court before, at, or following the hearing.

COHEN PONTANI LIEBERMAN & PAVANE LLP

Dated: July 19, 2008 By: /s Teodor J. Holmberg

Martin B. Pavane
Teodor J. Holmberg
Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: July 19, 2008 By: /s Teodor J. Holmberg

Teodor J. Holmberg
Attorney for Defendant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.
e-mail: tidge@cplplaw.com