J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
**JACZKO GODDARD LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

MARTIN B. PAVANE (admitted *pro hac vice*)
TEODOR J. HOLMBERG (admitted *pro hac vice*)
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-Mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,<br><br>Defendants. | **Case No. 07-CV-00097-JLS-RBB**<br><br>**DECLARATION OF TEODOR J. HOLMBERG IN SUPPORT OF CRI'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '384, '038, AND '159 PATENTS BASED ON ANTICANCER'S DEFICIENT PICS** |
| CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,<br><br>Counterclaimant<br><br>v.<br><br>ANTICANCER, INC.,<br><br>Counterdefendant | Hearing Date: August 21, 2008<br>Time: 1:30 PM<br>Courtroom: 6 (3rd Floor)<br>Judge: Hon. Janis L. Sammartino |

I, Teodor J. Holmberg, declare as follows:

1. I make the following declaration based on my personal knowledge and of my own free will. I am over 21 years of age. I am an attorney at Cohen Pontani Lieberman & Pavane LLP, and am admitted to practice in Massachusetts and New York. I represent defendant and counterclaimant Cambridge Research & Instrumentation, Inc. ("CRI"), and have been admitted *pro hac vice*, for this action before this Court. *See*, *e.g.*, Order [D.E. 17].
2. Submitted herewith as **Exhibit 1** is a true and correct copy of plaintiff AntiCancer, Inc.'s ("AntiCancer") "Disclosure of Asserted Claims and Preliminary Infringement Contentions" (hereinafter, "PICs"), required by CMC Order [D.E. 49], ¶2(a)-(f), and served by AntiCancer on CRI on October 17, 2007. **Exhibit 1A** is the portion of AntiCancer's PICs pursuant to CMC Order [D.E. 49], ¶2(a)-(b) and (d)-(f); **Exhibit 1B** is the "claim chart" required by CMC Order [D.E. 49], ¶2(c); **Exhibit 1C** is the "Hoffman article" referred to AntiCancer's PICs, *viz.*, the article "Green fluorescent protein imaging of tumor growth, metastasis, and angiogenesis in mouse model", Lancet Oncology, vol. 3, issue 9, pp. 546-56 (2002), written by AntiCancer's president Dr. Robert Hoffman; **Exhibit 1D** is the "CRI article" referred to on p. 1 of the claim chart in AntiCancer's PICs, *viz.*, Mansfield, J., Levenson, R., "Distinguished Photons: The Maestro™ *in-vivo* Fluorescence Imaging System", reproduced from BioTechniques Protocol Guide 2007; attached as **Exhibit 1D** hereto. In the CRI article (**Ex. 1D**), the sentence on page three (referred to on page one of AntiCancer's claim chart (**Ex. 1B**)), and the endnote reference to the Hoffman article (**Ex. 1C**) on page nine, are highlighted.
3. Submitted herewith as **Exhibit 2** are true and correct copies of correspondence between CRI and AntiCancer regarding AntiCancer's PICs. **Exhibit 2A** is a true and correct copy of my November 1, 2007 letter to Daniel Lawton; **Exhibit 2B** is a true and correct copy of Daniel Lawton's November 7, 2007 letter to me; **Exhibit 2C** is a true and correct copy of my November 9, 2007 letter to Daniel Lawton; **Exhibit 2D** is a true and correct copy of my November 20, 2007 letter to Daniel Lawton; and **Exhibit 2E** is a true and correct copy of my November 30, 2007 letter to Daniel Lawton.

4. Submitted herewith as **Exhibit 3** is a true and correct copy of filed Exhibit A to Carestream's Mot. for S.J./Non-Infringement [D.E. 53] in S.D.Cal. Case No. 07cv1004-JLS-AJB filed via ECF, *viz.*, plaintiff AntiCancer, Inc.'s ("AntiCancer") "Disclosure of Asserted Claims and Preliminary Infringement Contentions" served by AntiCancer on Carestream on November 14, 2007 in the related action S.D.Cal. Case No. 07cv1004-JLS-AJB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in New York, New York, on this day of July 19, 2008:

By: /s Teodor J. Holmberg
Teodor J. Holmberg

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: July 19, 2008 By: /s Teodor J. Holmberg

Teodor J. Holmberg
Attorney for Defendant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.
e-mail: tidge@cplplaw.com