**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ANTICANCER v. CAMBRIDGE                Case No. 07cv0097 JLS(RBB)
**Time Spent: 1 hr. 21 mins.**

HON. RUBEN B. BROOKS  CT. DEPUTY VICKY LEE  Rptr. CD No. 1: 10:05:30-11:02:53 & 11:21:34-11:26:43

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Daniel Lawton (present) | Allison Goddard (present) |
| Matt Valenti | Teodor Holmberg (present) |
| | James Pistorino |
| | Karen Crawford |
| | John Cooley |
| | Paul Schuck |
| | Martin Pavane |

PROCEEDINGS: ____ In Chambers  x  In Court ____ Telephonic

A hearing was held on Defendant Cambridge Research & Instrumentation, Inc.'s Motion for a Protective Order Staying Discovery Regarding Infringement and Quashing Improper Discover [doc. no. 130].

A hearing was also held on Plaintiff's Motion to Compel Further Responses to Discovery and Production of Documents and Things and For an Award of Expenses [doc. no. 135].

For the reasons stated on the record, the Motion for Protective Order Staying Discovery Regarding Infringement is granted. All discovery relating to patent infringement is stayed until twenty days after Judge Sammartino rules on the pending motions for summary judgment.

Plaintiff's Motion to Compel is granted in part and denied in part. Defendant shall produce documents responsive to requests number three and six in Plaintiff's First Set of Requests for Production of Documents and Things. Defendant shall also make a Maestro available for inspection at Defendant's place of business. These discovery requests are subject to the discovery stay to the extent they are directed solely to infringement. The remainder of Plaintiff's Motion to Compel is denied. Plaintiff's request for sanctions is also denied.

DATE: July 21, 2008        IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Sammartino
All Parties of Record

INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\ANTICANCER0097\MINUTE12.wpd