# EXHIBIT A

COPY

Karen Shichman Crawford, State Bar No. 96993
John P. Cooley, State Bar No. 162955
**BUCHANAN INGERSOLL LLP**
401 West "A" Street, Suite 1900
San Diego CA 92101
Telephone No.: (619) 578-5000
Fax No.: (619) 578-5940

JUN 29 '04 PM 4:45

Attorneys for Defendants, NOVARTIS PHARMACEUTICALS CORPORATION (erroneously sued under the additional name Novartis Institute for Biomedical Research), GENETIC THERAPY, INC., NOVARTIS CORPORATION and PETER LASSOTA, Ph.D.

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS INSTITUTE FOR BIOMEDICAL RESEARCH, a non-profit corporation; NOVARTIS AG, a Swiss corporation; NOVARTIS CORP., a Delaware Corporation; NOVARTIS PHARMACEUTICALS CORP., a Delaware corporation; GENETIC THERAPY, INC., a Delaware corporation; PETER LASSOTA, Ph.D., an individual; XENOGEN CORP., a Delaware corporation; and DOES 1-20,<br><br>Defendants. | Case No.: GIC 772297<br><br>**NOTICE OF ENTRY OF JUDGMENT**<br><br>Dept:  63<br>Judge: Hon. Kevin A. Enright |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Judgment was entered in this action on June 24, 2004 in favor of Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation, Genetic Therapy, Inc., and Peter Lassota, Ph.D., and against Plaintiff AntiCancer, Inc. The Judgment awards attorneys' fees and costs in the amount of $181,310.60 to Defendants Novartis

///

Notice of Entry of Judgment

1 | Corporation, Novartis Pharmaceuticals Corporation, Genetic Therapy, Inc., and Peter Lassota,
2 | Ph.D. A true and correct copy of the Judgment is attached hereto.
3 |
4 | Dated: June 29, 2004                    **BUCHANAN INGERSOLL LLP**
5 |
6 |                                          By: _____
7 |                                          Karen S. Crawford
                                             John P. Cooley
8 |                                          Attorneys for Defendants NOVARTIS
                                             PHARMACEUTICALS CORPORATION
9 |                                          (erroneously sued under the additional name
                                             Novartis Institute for Biomedical Research),
                                             GENETIC THERAPY, INC., NOVARTIS
10|                                          CORPORATION and PETER LASSOTA, Ph.D.

2

Notice of Entry of Judgment

#1578802-v1;PGH1 General;

```
F I L E D
Clerk of the Superior Court
JUN 2 4 2004
By: M.A. Ybanez, Deputy
```

COPY

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS INSTITUTE FOR BIOMEDICAL RESEARCH, a non-profit corporation; NOVARTIS AG, a Swiss corporation; NOVARTIS CORP., a Delaware Corporation; NOVARTIS PHARMACEUTICALS CORP., a Delaware corporation; GENETIC THERAPY, INC., a Delaware corporation; PETER LASSOTA, Ph.D., an individual; XENOGEN CORP., a Delaware corporation; and DOES 1-20,<br><br>Defendants. | Case No.: GIC 772297<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS NOVARTIS PHARMACEUTICAL CORPORATION, GENETIC THERAPY, INC., PETER LASSOTA, Ph.D., AND NOVARTIS CORPORATION**<br><br>Dept:   62<br>Judge:  Kevin A. Enright |

This Court, having granted the Special Motions to Strike Pursuant to California Code of Civil Procedure § 425.16 filed by Defendants, Novartis Pharmaceuticals Corporation, Genetic Therapy, Inc., Peter Lassota, Ph.D., and Novartis Corporation, and having granted in part these same Defendants' Motion to Recover Attorneys' Fees,

///

///

///

---

Judgment

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff shall take nothing by way its Complaint against Defendants Novartis Pharmaceuticals Corporation, Genetic Therapy, Inc., Peter Lassota, Ph.D., and Novartis Corporation;

2. The action be dismissed with prejudice against Defendants Novartis Pharmaceuticals Corporation, Genetic Therapy, Inc., Peter Lassota, Ph.D., and Novartis Corporation in its entirety;

3. Defendants Novartis Pharmaceuticals Corporation, Genetic Therapy, Inc., Peter Lassota, Ph.D., and Novartis Corporation are awarded and shall recover from Plaintiff AntiCancer $1,310.60 in costs and $180,000 in attorneys' fees, for a total award of $181,310.60.

Dated: JUN 2 4 2004

KEVIN A. ENRIGHT

Hon. Kevin A. Enright
Judge of the Superior Court