# EXHIBIT B

FILED
JUN 0 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>XENOGEN CORP., a Delaware corporation; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, a California corporation, and DOES 4-50,<br><br>Defendants.<br><br>XENOGEN CORP., a California corporation,<br><br>Counter-claimant,<br><br>v.<br><br>ANTICANCER, INC., a California corporation,<br><br>Counter-defendant. | Case No. 05CV0448-B (AJB)<br><br>PLAINTIFF ANTICANCER, INC.'S CLAIM CONSTRUCTION CHARTS RELATING TO ITS OWN PATENTS ONLY ('523, '968, '384, '038, AND '159) SUBMITTED PER THE REQUEST OF THE COURT<br><br>U.S. PATENT NO. 6,232,523<br>U.S. PATENT NO. 6,235,968<br>U.S. PATENT NO. 6,251,384<br>U.S. PATENT NO. 6,759,038<br>U.S. PATENT NO. 6,649,159<br><br>Date:     June 13-15, 21-22, 2006<br>Time:    9:00 a.m.<br>Place:    Courtroom 2<br><br>Before:   Hon. Rudi M. Brewster |

Case No. 05CV0448 B (AJB)

At the request of the Court, AntiCancer provides herewith its Construction Claim Charts, broken out per patent.

Respectfully submitted,

Dated: June 8, 2006

LAWTON LAW FIRM

By: /s/ Dan Lawton
Dan Lawton
Joseph C. Kracht
Attorneys for Plaintiff ANTICANCER, INC.

Case No. 05CV0448 B (AJB)

JOINT CLAIM CONSTRUCTION CHART:
ANTICANCER'S PATENTS

U.S. PATENT NO. 6,232,523

| CLAIM LANGUAGE FOR '523 PATENT | AGREED PROPOSED CLAIM CONSTRUCTION | ANTICANCER'S PROPOSED CONSTRUCTION | XENOGEN'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | Alberts et. al., Molecular Biology of the Cell (3d ed., 1994) at G-19; G-23<br><br>**Virus**: particle consisting of nucleic acid (RNA or DNA) enclosed in a protein coat and capable of replicating within a host cell and spreading from cell to cell.<br><br>Other AntiCancer Support:<br>Specification<br>'523 Col. 3, ll. 52-59.<br><br>File History:<br>See, Amendment 11/20/2000, at 3.<br><br>Other support:<br>Kaufman, *Nucleic Acids Research* (1991) 19:4485-4490, at 4486 et seq.; Kaufman, EMBO Journal (1987) 6: 187-193, at 188. | | | |
| wherein said vector is | wherein said vector is derived | | | |

JOINT CLAIM CONSTRUCTION CHART:
ANTICANCER'S PATENTS

U.S. PATENT NO. 6,232,523

| CLAIM LANGUAGE FOR '523 PATENT | AGREED PROPOSED CLAIM CONSTRUCTION | ANTICANCER'S PROPOSED CONSTRUCTION | XENOGEN'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| derived from pED-mtx, and | **from pED mtx:** In addition to the above requirements, the expression vector of claim 1 must have originated from the pED-mtx vector described in Kaufman, R.J. et al, Nucleic Acid Res (1991) 19:4485-4490.<br><br>Support in Specification:<br>'523 Col. 3, ll. 54-58; 12/4/00<br><br>Other Xenogen Support:<br>File History:<br>Interview Summary Paper; 8/1/00 Office Action at p. 4-5; 11/20/00 Amendment at p. 3; 3/6/00 Amendment; Decl. of R. Hoffman at p. 2;<br><br>Other Support:<br>Merriam-Webster 1998 at p. 141 (definition of derive) | | | |

11

# JOINT CLAIM CONSTRUCTION CHART: ANTICANCER'S PATENTS

## U.S. PATENT NO. 6,649,159

| CLAIM LANGUAGE FOR '159 PATENT | AGREED PROPOSED CLAIM CONSTRUCTION | ANTICANCER'S PROPOSED CONSTRUCTION | XENOGEN'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | Other Support:<br>Lodish 2000, pp. G-6 to G-7 (definition of gene expression)<br><br>Other AntiCancer Support:<br>Specification<br>'159 Col. 2, ll. 58-64;<br>'159 Col. 4, ll. 43-64.<br>Endogenous gene - '159 Col. 4, lines 62-64;<br>'159 Col. 15, line 63-Col. 16, line 25.<br><br>"Promoter." A promoter is a specific sequence of DNA that controls the production of a protein from its corresponding gene. In claim 1, the promoter must be one that is associated with the endogenous gene, and not an artificially employed promoter. | | | |

152

# JOINT CLAIM CONSTRUCTION CHART: ANTICANCER'S PATENTS

## U.S. PATENT NO. 6,649,159

| CLAIM LANGUAGE FOR '159 PATENT | AGREED PROPOSED CLAIM CONSTRUCTION | ANTICANCER'S PROPOSED CONSTRUCTION | XENOGEN'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | Support in Specification: '159 Col. 6, ll.34-46 (specification's definition of promoter) Other Xenogen Support: File History: 05/13/03 Amendment at p. 5; Notice of Allowability at p.2; Dorlands 1994, p.1363 (definition of promoter) **animal**: a multi-cellular organism of the kingdom of Animalia, characterized by a capacity for locomotion, nonphotosynthetic metabolism, pronounced response to stimuli, restricted growth and fixed bodily structure. | | | |