# EXHIBIT S

Dan Lawton (State Bar No. 127342)
Joseph C. Kracht (State Bar No. 228507)
LAWTON LAW FIRM
550 West C Street, Suite 1350
San Diego, CA 92101
(619) 595-1370
(619) 595-1520 (Telefacsimile Number)

Attorneys for Plaintiff and Counter-defendant
AntiCancer, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XENOGEN CORP, a Delaware corporation; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, a California corporation, and DOES 4-50,<br><br>　　　　Defendants. | Case No. 05 CV 0448 B (AJB)<br><br>EXHIBITS IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT ANTICANCER, INC.'S *MARKMAN* BRIEF ON THE ANTICANCER PATENTS ONLY<br><br>[Volume 1 of 5] |
| XENOGEN CORP., a Delaware corporation,<br><br>　　　　Counter-claimant,<br><br>v.<br><br>ANTICANCER, INC., a California corporation,<br><br>　　　　Counter-defendant. | Date:　　June 13-15, 21-22, 2006<br>Time:　　9:00 a.m.<br>Before:　Hon. Rudi M. Brewster |

Case No. 05 CV 0448 B (AJB)

# TABLE OF CONTENTS

# EXHIBITS

**VOLUME I**   PAGES

| | | |
|---|---|---|
| A. | U.S. Patent No. 6,232,523 | 0001-0006 |
| B. | File History for Patent No. 6,232,523 | 0007-0298 |
| C. | U.S. Patent No. 6,235,968 | 0299-0308 |

**VOLUME II**   PAGES

| | | |
|---|---|---|
| D. | File History for Patent No. 6,235,968 | 0309-0639 |
| E. | U.S. Patent No. 6,251,384 | 0640-0650 |

**VOLUME III**   PAGES

| | | |
|---|---|---|
| F. | File History for Patent No. 6,251,384 | 0651-01082 |

**VOLUME IV**   PAGES

| | | |
|---|---|---|
| G | U.S. Patent No. 6,759,038 | 01083-01093 |
| H. | File History for Patent No. 6,759,038 | 01094-01249 |
| I. | U.S. Patent No. 6,649,159 | 01250-01265 |
| J. | File History for Patent No. 6,649,159 | 01266-01436 |

**VOLUME V**   PAGES

| | | |
|---|---|---|
| K. | Levy, J.P., et al., *Nature Biotechnology* (1996), 14:610-614 | 01437-01441 |
| L. | M. Zimmer, *Glowing Genes: A Revolution in Biotechnology* (Prometheus Boos 2005), 26, 40 | 01442-01446 |
| M. | Delagrave, et al. (1995) Bio/Technology, 13:151-154 | 01447-01450 |

| | | | |
|---|---|---|---|
| 1 | N. | Heim, et al. (1996) Curr. Biol., 6:178-182 | 01451-01455 |
| 2 | O. | Yang, et al. (1996) Gene, 173:19-23 | 01456-01460 |
| 3 | P. | Labas, Y.A., et al., PNAS (2002), 99:4256-4261 | 01461-01466 |
| 4 | Q. | Stedman's Medical Dictionary (26th ed. 1995), 1746 | 01467-01469 |
| 5 | R. | Kaufman, *Nucleic Acids Research* (1991), 19:4485-4490, at 4486 | 01470-01475 |
| 6 | S. | Kaufman, EMBO Journal (1987), 6:187-193, at 188 | 01476-01482 |
| 7 | T. | Ugalde, JA, et al., *Evolution of Coral Pigments Recreated.* Science (2004), 305, 5689, 1433 | 01483-01485 |

Case No. 05 CV 0448 B (AJB)

2

```
1  Dan Lawton (State Bar No. 127342)
   Joseph C. Kracht (State Bar No. 228507)
2  LAWTON LAW FIRM
   550 West C Street, Suite 1350
3  San Diego, CA 92101
   (619) 595-1370
4  (619) 595-1520 (Telefacsimile Number)

5  Attorneys for Plaintiff and Counterdefendant Anticancer, Inc.
```

FILED
06 JUN -9 PM 4:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>XENOGEN CORP., a Delaware corporation; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, a California corporation, and DOES 4-50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 05-CV-0448-B (AJB)<br><br>**PROOF OF SERVICE** |

I, Lee Cayabyab, declare that:

I am over the age of eighteen years and not a party to this action; and I am employed at Lawton Law Firm, whose business address is 550 West "C" Street, Suite 1350, San Diego, California 92101.

On June 9, 2006, I served the foregoing document(s) described as:

1. **EXHIBITS IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT ANTICANCER, INC.'S *MARKMAN* BRIEF ON THE <u>ANTICANCER PATENTS ONLY</u>** [Volume 5 of 5]



Case No. 05-CV-0448-B (AJB)

2.    EXHIBITS IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT ANTICANCER, INC.'S *MARKMAN* BRIEF ON THE XENOGEN/STANFORD PATENTS ONLY [Volume 2 of 2]

on all interested parties in this action by placing [X] a true copy [ ] original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Huong T. Nguyen, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000<br>(415) 947-2099 (Facsimile) | Counsel for Defendant and Counterclaimant Xenogen Corporation and Defendant The Board of Trustees of the Leland Stanford Junior University |

[ ]    (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of transmission.

[ ]    (BY MAIL, 1013a, 2015.5 C.C.P.) I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, this document will be deposited with the United States Postal Service on this date with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[X]    (BY OVERNIGHT DELIVERY/COURIER)

    [ ]    I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with deliver fees provided for.

    [X]    **FEDERAL EXPRESS**: I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2006 at San Diego, California.

*/s/ Lee Cayabyab*
LEE CAYABYAB

Case No. 05-CV-0448-B (AJB)

2