# EXHIBIT V

**Pistorino, James**

| | |
|---|---|
| **From:** | Dan Lawton [Dan@lawtonlaw.com] |
| **Sent:** | Friday, November 09, 2007 3:08 PM |
| **To:** | Tidge Holmberg |
| **Cc:** | Martin B. Pavane |
| **Subject:** | RE: AntiCancer v. CRI et al. :: AntiCancer's Amd of its Contentions against CRI |

I will no longer be responding to your letters, which are inevitably one-sided, falsely accusatory, needlessly antagonistic in tone, intended obviously as exhibits-to-be and to drive up expense, often sent redundantly, and at variance with what I thought was a cooperative mode displayed in our telephone call of earlier this week. I will communicate only with Marty from now on. I have advised Marty by copy of this email to him.

Dan Lawton

-----Original Message-----
From: Tidge Holmberg [mailto:THolmberg@cplplaw.com]
Sent: Friday, November 09, 2007 2:10 PM
To: Dan Lawton
Cc: Joe Kracht; Matt Valenti; Lee Cayabyab; Emi Kotani; Martin B. Pavane; Allison "Ali" Goddard (E-mail); James C. Pistorino (E-mail); Karen Shichman Crawford (E-mail); John Cooley (E-mail); W. Paul Schuck (E-mail)
Subject: AntiCancer v. CRI et al. :: AntiCancer's Amd of its Contentions against CRI

Please see attached:

 <<tdg ltr to Lawton - AntiCancer_s Amendment of its Contentions against CRI.PDF>>  <<tdg ltr to Lawton - FAX CNFRMTN - AntiCancer_s Amendment of its Contentions against CRI.PDF>>

--------------------------------------------------
Teodor J. Holmberg
Cohen Pontani Lieberman & Pavane LLP
551 Fifth Avenue
New York, New York 10176
Tel.:     212-687-2770
Fax:  212-972-5487
e-mail:    tidge@cplplaw.com
CONFIDENTIALITY NOTICE
The information contained in this message is legally privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message or its content is strictly prohibited. If you have received this message in error, please immediately notify us and erase it without making a copy. Thank you.