James C. Pistorino (SBN 226496)
John F. Lynch (admitted *pro hac vice*)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:   (650) 798-3600
E-Mail:  PistorinoJ@howrey.com
E-Mail:  LynchJ@howrey.com

Attorneys for Defendant and Counterclaimant
MERCK & CO., INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware corporation; MERCK & CO., INC., a New Jersey corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH INC., a Delaware corporation; and DOES 17-50,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:07-CV-00097-JLS-RBB<br><br>**MERCK & CO., INC.'S NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>Hearing Date:　April 2, 2009<br>Time:　　　　　1:30 p.m.<br>Courtroom:　　6, 3rd Floor<br>Judge:　　　　Honorable Janis L. Sammartino |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on April 2, 2009, at 1:30 p.m., in Courtroom No. 6 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California, Defendant and Counterclaimant Merck & Co., Inc. will and hereby does move the Court for entry of final judgment.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, all pleadings and papers on file in this action, oral argument as permitted by the Court, and such other evidence or argument as may be presented to the Court before, at, or following the hearing.

Dated:  February 27, 2009

Respectfully submitted,

HOWREY LLP

By:  /s/ James C. Pistorino
James C. Pistorino
John F. Lynch (admitted *pro hac vice*)

Attorneys for Defendant and Counterclaimant
MERCK & CO., INC.

21943687

1 | ***AntiCancer, Inc. v. Cambridge Research & Instrumentation, Inc., et al.***
**U.S.D.C. – S. D. Cal. Case No. 3:07-CV-00097-JLS-RBB**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2009 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By: /s/ James C. Pistorino
James C. Pistorino

**HOWREY LLP**

CERTIFICATE OF SERVICE
Case No. 3:07-CV-00097-JLS-RBB         -1-