1  James C. Pistorino (SBN 226496)
   John F. Lynch (admitted *pro hac vice*)
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA  94303
   Telephone:  (650) 798-3500
4  Facsimile:   (650) 798-3600
   E-Mail:  PistorinoJ@howrey.com
5  E-Mail:  LynchJ@howrey.com

6  Attorneys for Defendant and Counterclaimant
   MERCK & CO., INC.
7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ANTICANCER, INC., a California corporation, | ) Case No. 3:07-CV-00097-JLS-RBB |
12 | Plaintiff, | ) |
13 | vs. | ) **MERCK & CO., INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR ENTRY OF FINAL JUDGMENT** |
14 | CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware corporation; MERCK & CO., INC., a New Jersey corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH INC., a Delaware corporation; and DOES 17-50, | ) Hearing Date:  April 2, 2009<br>) Time:  1:30 p.m.<br>) Courtroom:  6, 3rd Floor<br>) Judge:  Honorable Janis L. Sammartino |
17 | Defendants. | ) |
18 | | ) |
19 | AND RELATED COUNTERCLAIMS. | ) |

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

MERCK'S MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF ITS MOTION FOR ENTRY OF FINAL JUDGMENT
Case No. 3:07-CV-00097-JLS-RBB

| | |
|---|---|
| 1 | Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Merck & Co., Inc. ("Merck") files this motion for entry of final judgment in this case.  On May 14, 2008, this Court granted Merck's motion for summary judgment of non-infringement, thereby disposing of AntiCancer, Inc.'s ("AntiCancer") causes of action for alleged infringement and Merck's counterclaims for declaratory judgment of non-infringement of each of the patents-in-suit.  (*See* Dkt. No. 115 at 13:14-15 ("… the Court GRANTS Merck's motion for summary judgment[.]").)  On February 13, 2009, this Court granted Merck's motion to dismiss its invalidity counterclaims of each of the patents-in-suit without prejudice.  (*See* Dkt. No. 213 at 16:27-28.)  Accordingly, there are no remaining causes of action against or by Merck.  In addition, the Court's February 13, 2009 Order also granted Merck's motion to sever Merck from the sole remaining defendant in this case, Cambridge Research Instrumentation, Inc..  (*See id.*)  Accordingly, this case is in a proper posture for entry of final judgment, there is no sound reason for delay, and final judgment should be entered. |

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Merck & Co., Inc. ("Merck") files this motion for entry of final judgment in this case. On May 14, 2008, this Court granted Merck's motion for summary judgment of non-infringement, thereby disposing of AntiCancer, Inc.'s ("AntiCancer") causes of action for alleged infringement and Merck's counterclaims for declaratory judgment of non-infringement of each of the patents-in-suit. (*See* Dkt. No. 115 at 13:14-15 ("… the Court GRANTS Merck's motion for summary judgment[.]").) On February 13, 2009, this Court granted Merck's motion to dismiss its invalidity counterclaims of each of the patents-in-suit without prejudice. (*See* Dkt. No. 213 at 16:27-28.) Accordingly, there are no remaining causes of action against or by Merck. In addition, the Court's February 13, 2009 Order also granted Merck's motion to sever Merck from the sole remaining defendant in this case, Cambridge Research Instrumentation, Inc.. (*See id.*) Accordingly, this case is in a proper posture for entry of final judgment, there is no sound reason for delay, and final judgment should be entered.

Dated: February 27, 2009

Respectfully submitted,

HOWREY LLP

By: /s/ James C. Pistorino
James C. Pistorino
John F. Lynch (admitted *pro hac vice*)

Attorneys for Defendant and Counterclaimant
MERCK & CO., INC.

21943688

HOWREY LLP

MERCK'S MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF ITS MOTION FOR ENTRY OF FINAL JUDGMENT          -1-
Case No. 3:07-CV-00097-JLS-RBB

***AntiCancer, Inc. v. Cambridge Research & Instrumentation, Inc., et al.***
**U.S.D.C. – S. D. Cal. Case No. 3:07-CV-00097-JLS-RBB**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2009 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By: /s/ James C. Pistorino
James C. Pistorino

**HOWREY LLP**

CERTIFICATE OF SERVICE
Case No. 3:07-CV-00097-JLS-RBB

-1-