J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
**JACZKO GODDARD LLP**
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

MARTIN B. PAVANE (admitted *pro hac vice*)
TEODOR J. HOLMBERG (admitted *pro hac vice*)
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-Mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

ANTICANCER, INC., a California Corporation

Plaintiff,

v.

CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,

Defendants.

CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,

Counterclaimant

v.

ANTICANCER, INC.,

Counterdefendant

**Case No. 07-CV-00097-JLS-RBB**

**JOINT MOTION TO CONTINUE THE STAY ON THE CMC ORDER REQUIREMENTS RE NOTIFICATION OF DISCOVERY DISPUTES**

On June 19, 2008, the Court granted the Joint Motion of defendant and counterclaimant Cambridge Research & Instrumentation, Inc. ("CRI") and plaintiff and counterdefendant AntiCancer, Inc. ("AntiCancer") to, among other things, hold lines 6-9 of paragraph 16 of the CMC Order, which requires the parties to bring discovery disputes to the Court's attention within 30 days, in abeyance with respect to disputes relating to the parties' respective discovery requests until after CRI's present and impending motions for summary judgment have been resolved. *See* Order at D.E. 132.

The Parties now jointly move the Court to continue to hold lines 6-9 of paragraph 16 of the CMC Order in abeyance until thirty days after the Court issues a claim construction order.

There are currently several disputes between CRI and AntiCancer regarding the parties' respective discovery responses. Deferring these discovery disputes will allow the parties to focus on claim construction, which may impact the scope of discovery and potentially the disputes. The Parties agree that holding this requirement in abeyance does not prohibit either Party from raising a discovery dispute with the Court from now until the issuance of the claim construction order.

For the foregoing reasons, CRI and AntiCancer jointly request the Court grant the relief requested herein.

JACZKO GODDARD LLP

COHEN PONTANI LIEBERMAN & PAVANE LLP

Dated: April 17, 2009

By: /s Allison H. Goddard

Allison H. Goddard
Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

LAWTON LAW FIRM

Dated: April 17, 2009

By: /s Daniel Lawton
Daniel Lawton
Attorneys for Plaintiff
ANTICANCER, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: April 17, 2009 By: /s Allison H. Goddard

Allison H. Goddard
Attorney for Defendant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.
e-mail: agoddard@jaczkogoddard.com