**AntiCancer v. C.R.I. et al.**
S.D.Cal. Docket No. 07-cv-0097-JLS-RBB

# JOINT CLAIM CONSTRUCTION CHART
## (*September 21, 2009*)

## -- '384 PATENT --

| '384 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| **1.** A method to evaluate a candidate protocol or drug for the inhibition of **metastasis** of a **primary tumor** which method comprises: | **primary tumor:** the original implanted tumor or the first arising tumor. | **A method to evaluate a candidate protocol or drug for the inhibition of metastasis of a primary tumor which method comprises** A method to assess the effectiveness of a chosen drug or therapy regimen to reduce the growth of secondary tumors at sites different from the primary tumor which includes the following steps:  Support in Specification: '384, Col 1, ll. 19-34; 21-23 '384, Col 3, ll. 23-27; '384, Col 3, l. 64 - Col. 4, l. 7 '384, Col. 4, ll. 48-52   **candidate protocol:** proposed therapy regimen  Support: in Specification: '384, Col. 3, ll. 25-33; '384, Col. 4, ll. 48-52 '384, Col. 5, ll. 42-53 | **A method to …** **… …** **primary tumor which method comprises** This clause need not be construed by the Court separately from the terms "**metastasis**" and "**primary tumor**" within it.  These terms are addressed separately herein.  Besides the terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.   **candidate protocol:** needs no construction. |

**'384 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | <u>metastasis:</u><br>the spread of cancer from its initial or primary tumor site to another part of the body, and/or growth of secondary tumors at that other part of the body.<br><br><u>Support: in Specification:</u><br>'384, Col. 1, ll. 21-24<br>'384, Col. 5, ll. 20-26<br><br><u>Extrinsic Support:</u><br>Stedman's Medical Dictionary for the Health Professions and Nursing 979 (6th ed. 2008);<br>Merriam-Webster's Collegiate Dictionary 780 (11th ed. 2004). (definitions of '**metastasis**') | <u>metastasis:</u><br>the growth of secondary tumors at sites different from the primary tumor<br><br><u>Support in specification:</u><br>'384, 1:22-24 |
| administering said protocol or drug to a mammalian subject which contains **a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes** and | **green fluorescent protein (GFP):**<br>a protein that emits light upon incidence of an excitation; includes any suitable and convenient form of GFP; includes the native gene encoding GFP from *Aequorea victoria*; includes mutants found useful to enhance expression and to modify excitation and fluorescence; includes various forms of GFP including those which exhibit green color and colors other than green; includes but is not limited to GFP which have been isolated from other | <u>**administering said protocol or drug to a mammalian subject which contains a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes**</u>:<br>giving the drug or therapy regimen to a first subject mammalian subject which has a primary tumor that consistently produces green fluorescent protein both in the primary tumor and in the secondary tumors located at sites different from the primary tumor.<br><br><u>Support in Specification:</u><br>'384, Col. 3, ll. 25-40<br>'384, Col. 3, ll. 57-60<br>'384, Col. 4, ll. 4-7<br>'384, Col. 5, ll. 23-26 | <u>**administering …**</u><br><u>… … …</u><br><u>… …</u><br><u>… …</u><br><u>… metastasizes:</u><br>This clause need not be construed by the Court separately from the terms/phrases "**green fluorescent protein (GFP)**" and "**a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes**", both of which are construed separately herein.  Besides the terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |

**'384 Patent**

# JOINT CLAIM CONSTRUCTION CHART

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | organisms, such as *Renilla reriformis*. | **expresses:**<br>a gene is "expressed" when the information encoded in the gene is manifested into an observable characteristic, most commonly the production of a protein.<br><br>Support in Specification:<br>'384 Col. 2, l. 65 to Col. 3, l. 7<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 551 (6th ed. 2008). (definition of '**expression**')<br><br><br>**a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes:**<br>a primary tumor whose cells and whose daughter cells consistently express GFP during metastasis | **expresses:**<br>As far as is presently known, the term "expresses" is used in the same manner in the prior art references as in these patent claims.  "Expression" is a background concept that should be explained and discussed at the tutorial preceding the claim construction hearing, instead of being construed as a disputed claim term/phrase by the Court.<br><br><br><br>**a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes:**<br>a primary tumor whose cells and whose daughter cells express GFP during metastasis<br><br>Support in specification:<br>'384, 1:45-51; 2:11-18, 38-49; 4:53-65; 6:10-17; 7:43-13:53 (Examples 1-8)<br>'038, Claims 4 and 8<br><br>Materials cited in specification:<br>**Chishima 1997b**, cited at 2:8-19; **Tsien '084**, cited at 4:25-6,46-7; **Zolotukhin 1996**, cited at 7:47-49; **KaufmanR 1991**, cited at 7:49-55; **Levy 1996**, cited at 1:44-50; **Grignani 1998**, cited at 1:44-50; **Cheng 1996**, cited at 1:44-50<br><br>Products referred to in specification:<br>**ClonTech 1995, CLONTECHniques 1996x**, p. DEFS-004529, ClonTech's GFP-S65T clone |

**'384 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | referred to at 7:49-51 (Example 1); **CLONTECHniques 1996x**, pp. DEFS-004523-4, DEFS-004526-8, ClonTech's pEGFP series vectors referred to at 11:10-19 (Example 5); **ClonTech pLXIN 2000,** Clontech's  GFP-retrovirus pLEIN referred to at 11:45-68 (Example 6); **ClonTech PT67 Manual 1998**,  ClonTech's PT67 packaging cells referred to at 11:45-68 (Example 6) |

Support in prosecution history:
'523, 3/1/99 O.A., pp. 6-7, 8-9, 10-11; 7/14/99
   Interview Summary; 7/30/99 Amd., pp. 2-4, 5-6,
   8-9; 9/20/99 C.P.A., pp. 1-5; 10/4/99 O.A., pp. 7-
   8; 1/5/00 Interview Summary; 3/6/00 Amd., pp.
   2-3, 4-5; 3/6/00 Hoffman Dec., p. 2; 8/1/00 O.A.,
   pp. 2-5; 11/20/00 Amd., pp. 2-3; Not./Allwblty,
   Ex'r's Amd., p.2; 12/14/00 Interview Summary
'967, 2/29/00 Amd., pp. 3-5;
'384, 11/16/99 Interview Summary; 2/29/00
   Hoffman Dec., p. 2; 11/16/00 Amd., pp. 2-3;
   Not./Allwblty, Ex'r's Amd, p. 2; 12/13/00
   Interview Summary

Support from materials in present litigation:
AntiCancer's Opp. [D.E. 155] to CRI's
   S.J./Invalidity of '384, generally, *see, e.g.*, pp.
   16-19; Savari Dec. in supp. thereof [D.E. 155-
   07];
AntiCancer's Opp. [D.E. 154] to CRI's
   S.J./Invalidity of '038/'159, generally, *see, e.g.*,
   pp. 5-6, 13-14; Hoffman Dec. in supp. thereof
   [D.E. 154-02], generally, *see, e.g.*, pp. 1-9; Savari
   Dec. in supp. thereof [D.E. 154-10] , generally,
   *see, e.g.*, pp. 1-9
Merck's 30(b)(6) Deposition of AntiCancer,
   generally, *see, e.g.*, pp. 47, 141-149, 154-162.

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | Background support:<br>**Chishima 1997a**, unknown-awaiting production; **Chishima 1997c**, generally, *see, e.g.*, p. DEFS-00794-801; **Chishima 1997d**, generally, *see, e.g.*, p. DEFS-000112-7; **Chishima 1997e**, generally, *see, e.g.*, p. DEFS-000118-21; **Chishima 1997f**, generally, *see, e.g.*, p. DEFS-001321-3; **Contag '143**, generally, *see, e.g.*, p. DEFS-002121-2; **Fattaey '711**, generally, *see, e.g.*, p. DEFS-000811-26; **Fattaey WO '97**, generally, *see, e.g.*, p. DEFS-002500-42; **Gubin 1992**, generally, *see, e.g.*, p. DEFS-02993-6; **Kain 1995**, generally, *see, e.g.*, p. DEFS-003050-56; **Link '197**, generally, *see, e.g.*, p. DEFS-002559-645; **Lybarger 1996**, generally, *see, e.g.*, p. DEFS-003087-96; **Misteli 1997**, generally, *see, e.g.*, p. DEFS-000366-9; **Miyoshi 1997**, generally, *see, e.g.*, p. DEFS-001728-32; **Muldoon 1997**, generally, *see, e.g.*, p. DEFS-003763-7; **ZhangG 1996**, generally, *see, e.g.*, p. DEFS-002006-10; **Zolotukhin '304**, generally, *see, e.g.*, p. DEFS-001242-99<br><br>Dictionary support:<br>**Merriam-Webster 1997**, definition of "stable" (pp. DEFS-003863-5) |
| monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence at various locations in the treated subject | | **and monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence at various locations in the treated subject by fluorescent optical tumor imaging in the intact subject:**<br>monitoring in an intact mammal the growth of secondary tumors at sites different from the primary tumor by observing various locations in the mammal to see whether the fluorescence is present or absent, or to observe the intensity of such fluorescence, by a specific observation technique | **and …**<br>… … …<br>… … …<br>… …<br>**… subject:**<br>This clause need not be construed by the Court separately from the disputed phrase "**fluorescent optical tumor imaging**" construed below. Besides the phrase separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |

**'384 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | known as "fluorescent optical tumor imaging." Support in Specification: '384, Col. 3, ll. 10-18 '384, Col. 3, ll. 65 – Col. 4, l. 2 '384, Col. 5, ll. 24-34; 40-53 '384, Col. 12, ll. 14-16 **fluorescence:** emission of a longer wavelength radiation by a substance as a consequence of absorption of energy from a shorter wavelength radiation, continuing only as long as the stimulus is present; distinguished from phosphorescence, which emission persists for a perceptible period of time after the stimulus has been removed. Other Support: Stedman's Medical Dictionary for the Health Professions and Nursing 595 (6th ed. 2008). (definition of **'fluorescence'**) | **fluorescence:** As far as is presently known, the term "fluorescence" is used in the same manner in the prior art references as in these patent claims. "Fluorescence" is a background concept that should be explained and discussed at the tutorial preceding the claim construction hearing, rather than being construed as a disputed claim term/phrase by the Court. |
| by **fluorescent optical tumor imaging** in the **intact** subject; | **intact:** without any surgical openings in the skin. | **fluorescent optical tumor imaging:** Acquiring a light image of a fluorescent tumor or fluorescent tumor cells of an animal, in real time and on a continuous basis, from anywhere in the animal. Support in Specification: '384, Col. 3, ll.15-18. | **fluorescent optical tumor imaging:** acquiring a light image, by any means, of a fluorescent tumor in the subject, including observation by the naked eye Support in specification: '384, Abstract; 1:35-2:7; 3:3-20; 3:35-47; 3:55-4:7; 5:21-53; 6:6-9; 6:24-27; 7:7-40; 8:15-11:3; 11:42-13:54 Support in prosecution history: '384, 1/7/99 App., pp. 23-24; 8/30/99 O.A., pp. 8-12; 11/16/99 Interview Summary; 11/23/99 Interview Summary; 2/29/00 Amd., pp. 1-2, 5; |

**'384 Patent**

## JOINT CLAIM CONSTRUCTION CHART

| **'384 Patent** | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| | | | 6/21/00 O.A., pp. 6-7<br>'038, 5/29/01 Prelim. Amd.; 6/18/02 O.A., pp. 3,10-12<br><br>Background support:<br>**Dorland 1994**, pp. DEFS-003903 and DEFS-003862; **American Heritage 1992**, pp. DEFS-009328-DEFS-009332 |
| wherein said subject has been modified to contain said tumor that expresses GFP by **surgical orthotopic implantation** of said tumor | | **wherein said subject has been modified to contain said tumor that expresses GFP by surgical orthotopic implantation of said tumor:** wherein the tumor that produces GFP is placed in the mammal by a surgical procedure such that the tumor is implanted at the site from which the tumor cells were derived.<br><br>Support in Specification:<br>'384, col. 5, ll. 15-21<br><br>**surgical orthotopic implantation:** surgical implantation of tumor or tumor fragments at the site of the tissue from which the tumor or tumor fragments were derived.  The cells need not have originated within the host organism. | wherein …<br>… …<br>… tumor:<br>This clause need not be construed by the Court separately from the phrase "**surgical orthotopic implantation**" construed below.  Besides the phrase separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br>**surgical orthotopic implantation:** surgical implantation of cells at the site of tissue of the type from which the cells were derived.  The cells need not have originated within the host organism.<br><br>Support in specification:<br>'384, 2:16-19, 26-32, 36-46; 5:9-19; 8:33-37 (Example 2); 9:34-56 (Example 3); 12:41-60 (Example 8)<br><br>Materials cited in specification:<br>**Chishima 1997b**, cited at 2:8-19; **Chishima 1997d & 1997c**, cited at 2:26-32; **Yang 1998**, cited at 2:36-46; **Fu 1993a**, cited at 8:33-37; **Astoul 1994a & 1994b**, cited at 9:42-46 |

# JOINT CLAIM CONSTRUCTION CHART

| **'384 Patent** | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| | | | Support in prosecution history:<br>'384, 8/30/99 O.A., pp. 6-7, 11; 2/29/00 Amd., p. 8; 11/16/00 Amd., pp. 2-3<br>'523, 11/30/98 Amd., p. 8.<br>'038, 6/18/02 O.A., pp. 12-13 |
| wherein said subject is a **nude** or **SCID mouse** or is a mouse which is **syngeneic** to said tumor; | **nude mouse:**<br>a hairless mutant mouse that lacks a thymus gland and hence lacks T cells | **wherein said subject is a nude or SCID mouse:**<br>wherein the subject is either a nude mouse, meaning a mouse lacking a thymus and T cells or a SCID mouse, meaning a mouse that has been genetically modified to carry a mutation that severely impairs immune system development and cannot produce either T or B cells.<br><br>Support in Specification:<br>'384, Col. 5, ll. 63-65. | **wherein said subject is a nude or SCID mouse:**<br>This clause need not be construed by the Court separately from the terms "**nude … mouse**", "**SCID mouse**", and "**syngeneic**" construed herein. Besides the terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br>**SCID mouse:**<br>A mouse in which the mouse's immune system has **s**evere **c**ombined **i**mmuno**d**eficiency<br><br>Support in specification:<br>'384, 5:62-65; 10:50-53, 10:66-11:2 (Example 4)<br><br>Support in prosecution history:<br>'523, 8/31/98 O.A., p. 8; 10/4/99 O.A., p. 4<br>'968, 2/29/00 Amd., p. 4; 2/29/00 Hoffman Dec., p. 2; 8/30/99 O.A., pp. 4,9;<br>'384, 11/16/00 Amd., pp. 2-3; 2/29/00 Amd., p. 6; 2/29/00 Hoffman Dec., p. 2, Ex. B thereto;<br>'038, 5/29/01 Prelim. Amd., p. 5; 3/12/03 O.A., p. 4; 6/18/02 O.A., pp. 3-5<br><br>Support cited in prosecution history:<br>**Kuo 1992**, cited in '384, 2/29/00 Hoffman Dec., C.V. thereto; p. 16; **Kuo 1993b**, cited in '384, 2/29/00 Hoffman Dec., C.V. thereto; p. 18; |

**'384 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | **Chishima 1997a (abstr)**, cited in '523, 8/31/98 O.A., pp. 7-8 |
| | | | Background support: |
| | | | **Dorland 1994**, definition of "SCID", p. DEFS-003904; **Hoffman 1993**, pp. DEFS-004714-004733; **Chishima 1997b**, p. 2043; **Chishima 1997f**, pp. 746-7; **Yang 1999a**, p. 782; **Hoffman 1999 CMR**, pp. 271-277; **Yang 2000 SPI** |
| | | | syngeneic: genetically identical |
| | | | Support in prosecution history: '523, 3/6/00 Amd., pp. 2-4; 3/6/00 Hoffman Dec., p. 2; 10/4/99 O.A., p. 4; 7/30/99 Amd., p. 4; 7/99 Draft Amd., p. 3; 3/1/99 F.O.A., p. 4; 11/30/98 Amd., p. 5; 8/31/98 O.A., p. 4; '968, 11/28/00 Amd., p. 2; 6/6/00 F.O.A., p. 2; 2/29/00 Amd., pp. 2, 4-7; 2/29/00 Hoffman Dec., p. 2, and Ex. B thereto; 8/30/99 O.A., pp. 4, 9-10; '384, 8/30/99 O.A., p. 2; 2/29/00 Amd., pp. 2-4, 6; 2/29/00 Hoffman Dec., p. 2, Ex. B thereto; 11/16/00 Amd., pp. 3-4; 6/21/00 O.A., pp. 2-3; '038, 5/29/01 Prelim. Amd., pp. 2-3, 5; 3/12/03 O.A., p. 3; 11/18/02 Amd., pp. 4-5; 6/18/02, pp. 3-4, 6 |
| | | | Materials cited in prosecution history: **Yang 2000a**, cited in '523, 3/6/00 Amd., p. 4 (w/copy attached); cited in '384, 2/29/00 Amd., pp. 6 et seq., and in Ex. B to 2/29/00 Hoffman Dec.; cited in '968, 2/29/00 Amd., p. 6, and in Ex. B to 2/29/00 Hoffman Dec. |
| | | | Background support: |

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | **Dorland 1994**, definition of "syngeneic", p. DEFS-003861 |
| monitoring the progression of metastasis in a control subject by **fluorescent optical tumor imaging** in the intact control subject, which contains a similar tumor that expresses green fluorescent protein; | | <u>**monitoring the progression of metastasis in a control subject by fluorescent optical tumor imaging in the intact control subject, which contains a similar tumor that expresses green fluorescent protein**</u>: in an intact control subject (a subject that is not administered the chosen drug or protocol) which also contains a tumor that produces GFP, monitoring the growth of secondary tumors at sites different from the primary tumor by a specific observation technique known as "fluorescent optical tumor imaging." <br><br> <u>Support in Specification:</u> <br>'384 Col. 5, ll. 23-26; 40-53 <br>'384 Col. 3 l. 15-18 <br>'384 Col. 12, ll. 14-16 <br><br> <u>**control subject**</u>: a subject identical to one under study except for the lack of treatment <br><br> <u>Other Support:</u> <br>Stedman's Medical Dictionary for the Health Professions and Nursing 362 (6th ed. 2008). (definition of '**control**') | <u>**monitoring …**</u> <br>… … <br>… … <br>… … <br><u>**… protein**</u>: <br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**", "**fluorescent optical tumor imaging**", "**intact**", and "**green fluorescent protein**").  Besides the terms/phrases separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. <br><br><br> <u>**control subject**</u>: <br>needs no construction |
| wherein said control subject has been modified to contain said tumor that expresses GFP by **surgical orthotopic implantation** of said tumor | | <u>**wherein said control subject has been modified to contain said tumor that expresses GFP by surgical orthotopic implantation of said tumor**</u>: wherein the tumor that produces GFP is placed in the control subject by a surgical procedure such that the tumor is implanted at the site from which the tumor cells were derived. | <u>**wherein …**</u> <br>… … <br><u>**… tumor**</u>: <br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*,"**GFP**" and "**surgical orthotopic implantation**").  Besides the terms separately construed herein, AntiCancer's |

**'384 Patent**

# JOINT CLAIM CONSTRUCTION CHART

| **'384 Patent** | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| | | Support in Specification: '384, Col. 4, ll. 53-56 '384, Col. 5, ll. 40-53 | proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| wherein said control subject is a **nude** or **SCID mouse** or is a mouse which is **syngeneic** to said tumor; and | | **wherein said control subject is a nude or SCID mouse or is a mouse which is syngeneic to said tumor** Wherein the control subject is either a nude mouse, meaning a mouse lacking a thymus and T cells or a SCID mouse, meaning a mouse that has been genetically modified to carry a mutation that severely impairs immune system development and cannot produce either T or B cells.  Support in Specification: '384, Col. 5, ll. 63-65.   **or a mouse which is syngeneic to said tumor:** or the tumor used for implantation is derived from said mouse or a genetically identical source.  Support in Specification: '384, Col. 5, ll. 63-67.  Other Support: Merriam-Webster's Collegiate Dictionary 1268 (11th ed. 2004). (definition of '**syngeneic**') | **wherein …** **… …** **… tumor:** This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*,"**nude mouse**", "**SCID mouse**"  and "**syngeneic**"). Besides the terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.   **or a mouse which is syngeneic to said tumor**: This clause needs no construction separate from the disputed term "**syngeneic**" already construed above |
| comparing the progression of **metastasis** in said treated subject with the progression of metastasis in said control subject; | | **comparing the progression of metastasis in said treated subject with the progression of metastasis in said control subject:** comparing the growth of secondary tumors at sites different from the primary tumor in the treated subject (the one that received the chosen drug or therapy) versus the control subject (the one that did not receive any drug or therapy. | **comparing …** **… …** **… subject:** This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**").  Besides the terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is |

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | <u>Support in Specification:</u><br>'384, Col. 5, ll. 40-53<br>'384, Col. 13, ll. 48-53 | improper, inaccurate, unnecessary, and/or redundant. |
| whereby a diminution of the progression of **metastasis** in said treated subject as compared to said control subject identifies the protocol or drug as effective in inhibiting **metastasis**. | | **whereby a diminution of the progression of metastasis in said treated subject as compared to said control subject identifies the protocol or drug as effective in inhibiting metastasis:**<br>whereby a reduction in the spread of metastasis, identified as lower levels of fluorescence emitted by GFP-expressing tumor cells in the treated subject as compared to the control subject identifies the therapy regiment or drug as effective in inhibiting metastasis.<br><br><u>Support in Specification:</u><br>'384, Col. 5, ll. 40-52<br>'384, Col. 13, ll. 48-53 | **whereby ...**<br>**... ...**<br>**... ...**<br>**... metastasis:**<br>This clause need not be construed by the Court separately from the disputed phrases/terms within it which have already been construed above (*i.e..*,"**metastasis**").  Besides the terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **2.** The method of claim **1** wherein the progression of **metastasis** is further monitored by excising fresh organ tissues from various locations in said subject. | | | No construction necessary. |
| **3.** The method of claim **2** wherein said excised tissues are observed by microscopic examination of fresh tissue slices. | | | No construction necessary. |
| **4.** A method to monitor **metastasis** of a **primary tumor** in a mammalian | | **A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP)** | **A ...**<br>**... ...**<br>**... ...**<br>**... ...** |

**'384 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| subject which contains said primary tumor, and **wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor stably metastasizes,** | | <u>**in cells of said tumor when said tumor stably metastasizes,:**</u><br>A procedure to evaluate growth of tumor cells at primary and distal sites in a mammalian subject bearing a tumor consistently expressing GFP in its cells and at the primary and distal sites.<br><br><u>Support in Specification:</u><br>'384, Col 1, ll. 19-34<br>'384, Col. 4, ll. 48-52 | <u>... ...</u><br><u>... **metastasizes:**</u><br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**", "**green fluorescent protein (GFP)**", and "**a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| wherein said subject has been modified to contain said tumor that expresses GFP by **surgical orthotopic implantation** of said tumor and wherein said subject is a **nude** or **SCID mouse** or is a mouse which is **syngeneic** to said tumor; | | <u>**wherein said subject has been modified to contain said tumor that expresses GFP by surgical orthotopic implantation of said tumor**</u><br>Wherein the tumor that produces GFP is placed in the subject by a surgical procedure such that the tumor is implanted at the site from which the tumor cells were derived.<br><br><u>Support in Specification:</u><br>'384, Col. 4, lines 53-56.<br>'384, col. 5, ll. 15-18<br>'384, Col. 5, ll. 63-65.<br><br><u>Other Support:</u><br><u>Stedman's Medical Dictionary for the Health Professions and Nursing</u> 1123 (6th ed. 2008). (definition of '**orthotopic**');<br><u>Merriam-Webster's Collegiate Dictionary</u> 1268 (11th ed. 2004). (definition of '**syngeneic**') | <u>**wherein ...**</u><br><u>... ...</u><br><u>... **tumor:**</u><br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**surgical orthotopic implantation**", "**nude or SCID mouse**", and "**syngeneic**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| which method comprises monitoring the progression of | | <u>**which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence  as a function of time at various**</u> | <u>**which ...**</u><br><u>... ...</u><br><u>... ...</u><br><u>... ...</u> |

**'384 Patent**

JOINT CLAIM CONSTRUCTION CHART

| '384 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| **metastasis** by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject by **fluorescent optical tumor imaging** in the **intact** subject. | | locations in said subject by fluorescent optical tumor imaging in the intact subject: monitoring in an intact subject the growth of secondary tumors at sites different from the primary tumor by observing various locations in the subject to see whether the presence or absence of fluorescence, or the intensity of such fluorescence, has changed over time by a specific observation technique known as fluorescent optical tumor imaging in an intact subject.<br><br>Support in Specification: '384, Col. 5, ll. 40-53 | …… … subject: This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**fluorescent optical tumor imaging**" and "**intact**"). Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **5.** A method to monitor **metastasis** of a **primary tumor** in a mammalian subject which contains said primary tumor, and wherein said tumor stably expresses **green fluorescent protein (GFP)** in cells of said tumor when said tumor metastasizes, | | A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor: a method to evaluate growth of tumor cells at sites distal from the primary tumor in a mammalian subject bearing a tumor-expressing GFP in its cells at the primary and distal sites.<br><br>Support in Specification: '384, Col 1, ll. 19-34 '384, Col. 4, ll. 48-52 | A … … … … tumor: This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**", "**green fluorescent protein (GFP)**", and "**tumor stably expresses green fluorescent protein (GFP)**"). Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| wherein said primary tumor is **endogenous** to said mammalian subject and | **endogenous:** native (i.e., arose spontaneously within, not the result of intervention, such as transplantation or seeding) | wherein said primary tumor is endogenous to said mammalian subject: wherein the primary tumor originated from the mammalian subject in question, as opposed to a transplanted tumor<br><br>Support in Specification: '384, Col 4, ll. 40-44<br><br>Other Support: | wherein said … … subject: This clause need not be construed by the Court separately from the term "**endogenous**" construed herein. Besides the term separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |

**'384 Patent**

## JOINT CLAIM CONSTRUCTION CHART

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | Stedman's Medical Dictionary for the Health Professions and Nursing 507 (6th ed. 2008). (definition of '**endogenous**') | |
| expresses said GFP as a result of locally administering a **retroviral vector** to said subject in the vicinity of said tumor, said retroviral vector containing an expression system for said GFP; | | **and expresses said GFP as a result of locally administering a retroviral vector to said subject in the vicinity of said tumor:** wherein the primary tumor produces GFP as a result of administering at or near the location of the tumor a retroviral vector which is effective at producing GFP when incorporated into the cells of a tumor.<br><br>Support in Specification:<br>'384, Col. 6, ll. 24-38<br>'384, Col. 6, ll. 39-51<br>'384, Col. 6, ll. 52-64 | **and …**<br>**… …**<br>**… tumor:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**GFP**"). Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| | | **retroviral vector:** a specially constructed retrovirus to introduce foreign genetic material into a propagatable host cell in order to replicate and amplify the foreign gene sequence.<br><br>Support in Specification:<br>'384, Col. 3, ll. 27-41<br>Figures 1a and 1b<br><br>Other Support:<br>Stedman's online medical dictionary: Stedmans.com (definition of '**retroviral vector**') | **retroviral vector:** As far as is presently known, "retroviral vector" is used in the same manner in the prior art references as in these patent claims. "Retroviral vector" is a background concept that should be explained and discussed at the tutorial preceding the claim construction hearing, rather than being construed as a disputed claim term/phrase by the Court. However, if the Court believes it is desirable to construes "retroviral vector", its construction should be "a vector of retroviral origin". See discussion of "expression vector" below in Claim 8 of the '038 patent. |
| | | **vicinity of said tumor:** administering at or near the location of the tumor a retroviral vector which is effective at producing | **vicinity of said tumor:** needs no construction |

**JOINT CLAIM CONSTRUCTION CHART**

| **'384 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | GFP when incorporated into the cells of a tumor.<br><br>Support in Specification:<br>'384, Col. 6, ll. 24-29<br>'384, Col. 6, ll. 39-51<br>'384, Col. 6, ll. 52-64 | |
| which method comprises monitoring the progression of **metastasis** by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject by **fluorescent optical tumor imaging** in the **intact** subject. | | <u>**which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject by fluorescent optical tumor imaging in the intact subject:**</u><br>measuring by fluorescent optical tumor imaging the level of fluorescence emitted by GFP-expressing tumor cells at sites distal from the primary tumor in an intact GFP-expressing-tumor-bearing subject over time.<br><br>Support in Specification:<br>'384, Col. 3, ll. 15-18<br>'384, Col. 3 ll. 65- Col 4, l. 2<br>'384, Col. 5, ll. 24-26; 40-45, 48-53<br>'384, Col. 11 ll. 7-41<br>'384, Col. 11 ll. 44 – Col. 12 l. 3 | <u>which …</u><br><u>… … .</u><br><u>… … .</u><br><u>… . … .</u><br><u>… … .</u><br><u>…. in the intact subject:</u><br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**", "**fluorescent optical tumor imaging**", and "**intact**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **6.** The method of claim **5** wherein the subject is human. | | | |

**'384 Patent**

# --- '038 PATENT ---

| '038 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| **1.** A method to evaluate a candidate protocol or drug for the inhibition of **metastasis** of a **primary tumor** which method comprises: | **primary tumor:** construed in Claim 1 of the '384 patent above | **A method to evaluate a candidate protocol or drug for the inhibition of metastasis of a primary tumor which method comprises:** a method to assess the effectiveness of a chosen drug or therapy regimen to reduce the growth of secondary tumors at sites different from the primary tumor<br><br>Support in Specification:<br>'038, Col 1, ll. 24-26<br>'038, Col. 4, ll. 51-54<br><br>**candidate protocol:** proposed therapy regimen<br><br>Support: in Specification:<br>'038, Col. 3, ll. 25-29<br>'038, Col. 4, ll. 48-54<br>'038, Col. 5, ll. 42-55<br><br>**metastasis:** construed in Claim 1 of the '384 patent above | **A method …**<br>**… …**<br>**… comprises:**<br>This preamble's language is identical to the preamble of Claim 1 of the '384 patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**" and "**a primary tumor**").<br><br>**candidate protocol:** addressed in Claim 1 of the '384 patent above<br><br>**metastasis:** construed in Claim 1 of the '384 patent above |
| administering said protocol or drug to a subject which is a mouse, rat or rabbit which contains **a primary tumor that stably expresses green** | **green fluorescent protein (GFP):** construed in Claim 1 of the '384 patent above | **administering said protocol or drug to a subject which is a mouse, rat or rabbit which contains a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes:** giving the drug or therapy regimen to a first mouse, rat or rabbit which has a primary tumor that stably and consistently produces green fluorescent protein both in the primary tumor and in the secondary tumors located | **administering …**<br>**… …**<br>**… …**<br>**… …**<br>**… metastasizes:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**green fluorescent protein (GFP)**" and "**a primary** |

**JOINT CLAIM CONSTRUCTION CHART**

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| **fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes** and | | at sites different from the primary tumor.<br><br>Support in Specification:<br>'038, Col. 3, ll. 26-37<br>'038, Col. 3, ll. 57-64<br>'038, Col. 4, ll. 3-7<br>'038, Col. 5, ll. 25-28<br><br><br>**expresses:**<br>a gene is "expressed" when the information encoded in the gene is manifested into an observable characteristic, most commonly the production of a protein.<br><br>Support in Specification:<br>'038 Col. 3, ll. 60-64<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 551 (6th ed. 2008). (definition of '**expression**') | **tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes**"). Moreover, this clause's language is mostly identical to the corresponding clause of Claim 1 of the '384 patent, already considered above. The only difference is that the subject here is a mouse/rat/rabbit, while the subject in the '384 is a mammal.<br><br><br>**expresses:**<br>addressed in Claim 1 of the '384 patent above |
| monitoring the progression of **metastasis** by observing the presence, absence or intensity of the **fluorescence** at various locations in the treated subject; | | **and monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence at various locations in the treated subject:**<br>Monitoring in a subject the growth of the secondary tumors at sites different from the primary tumor by observing various locations in the animal to see whether the fluorescence is present or absent, or to observe the intensity of such fluorescence.<br><br>Support in Specification:<br>'038, Col. 3, ll. 6-23<br>'038, Col. 4, ll. 1-7 | **and** ...<br>... ...<br>... ...<br>**... subject:**<br>This clause's language is identical to the corresponding clause of Claim 1 of the '384 patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**"). |

# JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | '038, Col. 5, ll. 28-34<br>'038, Col. 9, ll. 24-26<br>'038, Col. 12, ll. 16-18<br><br>**fluorescence:**<br>emission of a longer wavelength radiation by a substance as a consequence of absorption of energy from a shorter wavelength radiation, continuing only as long as the stimulus is present; distinguished from phosphorescence, which emission persists for a perceptible period of time after the stimulus has been removed.<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 595 (6th ed. 2008). (definition of '**fluorescence**') | **fluorescence:**<br>addressed in Claim 1 of the '384 patent above |
| wherein said subject contains said tumor that expresses **GFP** and wherein said subject is a **genetically immuno-compromised** mouse, rat or rabbit, or a mouse, rat or rabbit which is **syngeneic** to said tumor; | **genetically immunocompromised:**<br>having an inherited genetic defect which causes the subject's immune system to be deficient or impaired (such as nude and SCID mice) | **wherein said subject contains said tumor that expresses GFP and wherein said subject is a genetically immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor:**<br>wherein the subject contains a tumor that produces GFP, and wherein the subject is a mouse, rat, or rabbit that is genetically immunocompromised, or alternatively, the tumor is derived from a genetically identical source to the mouse, rat, or rabbit.<br><br>Support in Specification:<br>'038, Col. 3, ll. 19-29<br>'038, Col. 5, l. 60 to Col. 6 l. 2 | **wherein …**<br>**… …**<br>**… …**<br>**… …**<br>**… tumor;**<br>This clause needs no construction separate from the terms "**genetically immunocompromised**" and "**syngeneic**" construed separately herein.  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| monitoring the progression of **metastasis** in a | | **monitoring the progression of metastasis in a control, which contains a similar tumor that expresses green fluorescent protein:**<br>in a control animal (an animal that is not administered | **monitoring …**<br>**… …**<br>**… protein:**<br>This clause need not be construed by the Court |

## JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| control, which contains a similar tumor that expresses **green fluorescent protein**; | | the chosen drug or therapy) which contains a tumor that is similar to the one given the treated animal and produces GFP, monitoring the growth of secondary tumors at sites different from the primary tumor.<br><br>Support in Specification:<br>'038, Col. 3, ll. 6-11<br>'038, Col. 4, ll. 1-7<br>'038, Col. 5, ll. 25-28 | separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| wherein said control subject contains said tumor that expresses **GFP** wherein said control subject is an immuno-compromised mouse, rat or rabbit, or a mouse, rat or rabbit which is **syngeneic** to said tumor; and | | **wherein said control subject contains said tumor that expresses GFP wherein said control subject is an immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor:**<br>wherein the control contains a tumor that expresses GFP, and wherein the control subjects are particularly susceptible to tumor development, such as subjects with impaired immune systems; denoting an individual whose immunologic mechanism is deficient, or alternatively, the tumor is derived from a genetically identical source to the control mouse, rat or rabbit.<br><br>Support in Specification:<br>'038, Col. 3, ll. 23-25<br>'038, Col. 5, l. 60 to Col. 6 l. 2 | **wherein …**<br>**… …**<br>**… …**<br>**… …**<br>**… tumor:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**syngeneic**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| comparing the progression of metastasis in said treated subject with the progression of **metastasis** in said control subject wherein the control subject and treated subject are **intact**; | **intact:**<br>construed in Claim 1 of the '384 patent above | **comparing the progression of metastasis in said treated subject with the progression of metastasis in said control subject wherein the control subject and treated subject are intact:**<br>comparing the growth of secondary tumors at sites different from the primary tumor in the treated intact mouse, rat or rabbit (the one that received the chosen drug or therapy) as compared to the control intact mouse, rat or rabbit (the one that did not receive the chosen drug or therapy). | **comparing …**<br>**… …**<br>**… …**<br>**… intact:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**" and "**intact**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, |

**JOINT CLAIM CONSTRUCTION CHART**

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | inaccurate, unnecessary, and/or redundant. |
| whereby a diminution of the progression of metastasis in said treated subject as compared to said control subject identifies the protocol or drug as effective in inhibiting metastasis. | | **whereby a diminution of the progression of metastasis in said treated subject as compared to said control subject identifies the protocol or drug as effective in inhibiting metastasis:** Inhibition of metastasis by the proposed treatment or drug is identified as lower levels of fluorescence emitted by GFP-expressing tumor cells at primary and distal sites in intact subjects treated with the drug or proposed treatment in comparison to the levels of fluorescence emitted by GFP-expressing tumor cells at primary and distal sites in intact subjects untreated with the drug or proposed treatment.<br><br>Support in Specification:<br>'038, Col. 5, ll. 42-55<br>'038, Col. 13, ll. 51-56 | **whereby ...**<br>**... ...**<br>**... ...**<br>**... ... metastasis:**<br>This clause's language is identical to the final clause of Claim 1 of the '384 patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**"). Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **2.** The method of claim **1** wherein the progression of metastasis is monitored by **fluorescent optical tumor imaging** in the **intact** subject. | | **The method of claim 1 wherein the progression of metastasis is monitored by fluorescent optical tumor imaging in the intact subject:** The method of claim 1, wherein the growth of secondary tumors at sites different form the primary tumor is observed in an intact subject by the specific observation technique known as "fluorescent optical tumor imaging."<br><br>Support in Other Specification:<br>'384 Col. 3, ll. 10-18<br>'384 Col. 3, ll. 65 – col. 4 l. 2<br>'384 Col. 5, ll. 24-26, 40-53<br>'384 Col. 9, ll. 22-24<br><br><br>**fluorescent optical tumor imaging:**<br>Acquiring a light image of a fluorescent tumor or fluorescent tumor cells of an animal, in real-time and | **The ...**<br>**... ...**<br>**... subject:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**", "**intact**", and "**fluorescent optical tumor imaging**"). Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br><br><br>**fluorescent optical tumor imaging:**<br>construed in Claim 1 of the '384 patent above |

**'038 Patent**

## JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | on a continuous basis, from anywhere in the animal.<br><br>Support in Specification:<br>'384, Col. 3, ll. 15-18. | |
| **3.** The method of claim **1** wherein said subject contains said tumor by virtue of **surgical orthotopic implantation** of said tumor. | | **The method of claim 1 wherein said subject contains said tumor by virtue of surgical orthotopic implantation of said tumor:**<br>The method of claim 1, wherein the primary tumor is placed in the subject by a surgical procedure such that the tumor is implanted at the site from which the tumor cells were derived.<br><br>Support in Specification:<br>'038, Col 5, ll. 16-20 | **The …**<br>**… … …**<br>**… tumor:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.,* "**surgical orthotopic implantation**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **4.** The method of claim **1** wherein said subject contains said tumor by virtue of injecting cells of a **stably transformed tumor cell line** | **stably transformed tumor cell line:**<br>A tumor cell line (a population of cells derived from a tumor that can proliferate indefinitely in culture) wherein such cell line has been permanently altered by the incorporation of foreign DNA | **The method of claim 1 wherein said subject contains said tumor by virtue of injecting cells of a stably transformed tumor cell line.**<br>The method of claim 1, where all of the steps of claim 1 are performed, and where such subject obtained the primary tumor by being injected with cells from a stably transformed tumor cell line. | **The method of claim 1 …**<br>**… … …**<br>**… tumor cell line:**<br>This clause need not be construed by the Court separately from the phrase/term "**stably transformed tumor cell line**" construed herein. Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| which has been transfected with an expression vector containing a first nucleotide sequence encoding green fluorescent protein (GFP) and a second nucleotide sequence | | **which has been transfected with an expression vector containing a first nucleotide sequence encoding green fluorescent protein (GFP) or mutants thereof, and a second nucleotide sequence encoding a selection marker":**<br>The expression vector must contain a first DNA sequence which contains the code to produce GFP or mutants thereof, and a second DNA sequence that contains the code to produce a selection marker and must also meet other requirements specified below. | **which … …**<br>**… … …**<br>**… … …**<br>**… … …**<br>**… … … a selection marker:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.,* "**GFP**"). To the extent the Court needs to understand the scientific background of any terms or phrases (*e.g.,* |

**'038 Patent**

# JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| encoding a selection marker, | | | "transfected", "expression vector", "selection marker"), those background concepts should be explained and discussed at the tutorial preceding the claim construction hearing. Besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| both said first and second nucleotide sequences being under control of a viral promoter and | | **both said first and said second nucleotide sequences being under control of a viral promoter:** The DNA sequence that encodes GFP and the DNA sequence that encodes a selection marker are linked to, and controlled by a viral promoter.  A viral promoter is a sequence of DNA isolated or derived from a virus, which directs the transcription of the GFP gene and the selection marker.  Transcription is an early step in the expression of a gene when the code from DNA is transferred to messenger RNA prior to making a protein.  <br><br>**"Viral promoter":** A promoter of viral origin which is a nucleotide sequence in DNA to which RNA polymerase binds to begin transcription.  <br><br>Other AntiCancer Support: Alberts et. al., Molecular Biology of the Cell (3d ed., 1994) at G-19; G-23 | **both said first …** **… …   promoter:** This clause need not be construed by the Court.  To the extent the Court needs to understand the scientific background of any terms or phrases (*e.g.*, "**viral promoter**"), those background concepts should be explained and discussed at the tutorial preceding the claim construction hearing. Besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.  <br><br>**viral promoter:** As far as is presently known, the concepts/terms "promoter" and "viral promoter" are used in the same manner in the references which are prior art to the '384/'038 patent claims. "Promoter" and "viral promoter" are background concepts that should be explained and discussed at the tutorial preceding the claim construction hearing, rather than being construed as disputed claim terms/phrases by the Court.  However, if the Court believes it is desirable to construes "viral promoter", its construction should be "a promoter of viral origin".  See |

**JOINT CLAIM CONSTRUCTION CHART**

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | discussion of "promoter" below in the '159 patent. |
| | | **"Virus":** A particle consisting of nucleic acid (RNA or DNA) enclosed in a protein coat and capable of replicating within a host cell and spreading from cell to cell.<br><br>Support in Specification<br>'038 Col. 7, line 46-Col. 8, line 13.<br><br>Support in Other AntiCancer Specification:<br>'523 Col. 3, ll. 52-59.<br><br>File History:<br>See, Amendment 11/20/2000, at 3.<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 1661 (6th ed. 2008). (definition of '**virus**') | **virus:**<br>construction not necessary. To the extent the Court needs to understand the scientific background of "**virus**", it can be explained and discussed at the tutorial preceding the claim construction hearing. |
| wherein said cell line stably effects high level expression of said GFP in the absence of selection agent and | | **wherein said cell line stably effects high level expression of said GFP in the absence of selection agent:**<br>A cell line that has the ability to express high levels of GFP and which expression, upon replication of individual cells, is stably maintained in the daughter cells, in the absence of a selection agent.<br><br>Support in Other AntiCancer Specification:<br>'523 Col. 4, ll. 3-8;<br>'523 Col. 3, line 49-Col. 5, line 30. | **wherein said cell line …**<br>**… …**<br>**… agent:**<br>This clause need not be construed by the Court. To the extent the Court needs to understand the scientific background of any terms or phrases (*e.g.*, "selection agent"), those background concepts should be explained and discussed at the tutorial preceding the claim construction hearing. Besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| maintains a high level | | **maintains a high level expression of GFP when said** | **maintains a …** |

JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| expression of GFP when said cell line proliferates through multiple passages of said cell line. | | **cell line proliferates through multiple passages of said cell line:** Expression of GFP continues to remain at a high level after repeated sequential divisions of GFP-expressing tumor cells into daughter cells. | **… …** **… said cell line:** This clause need not be construed by the Court.  To the extent the Court needs to understand the scientific background of any terms or phrases (*e.g.*, "expression"), those background concepts should be explained and discussed at the tutorial preceding the claim construction hearing.  Besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| | | **proliferates through multiple passages:** The cell line can reproduce multiple times while maintaining a high level of production of GFP. <br><br> Support in Specification <br> '038 col. 8, ll. 2-6. <br> '038 col. 8, ll. 12-13 <br> '038 col. 8, ll. 17-35 | **proliferates through multiple passages:** construction not necessary. To the extent the Court needs to understand the scientific background of this concept, it can be explained and discussed at the tutorial preceding the claim construction hearing. |
| **5.** A method to monitor **metastasis** of a primary tumor in a subject which is a mouse, rat or rabbit which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in | | **A method to monitor metastasis of a primary tumor in a subject which is a mouse, rat or rabbit which contains said primary tumor, and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes:** A procedure to evaluate growth of tumor cells at primary and distal sites in a mouse, rat, or rabbit bearing a tumor consistently expressing GFP in its cells at the primary and distal sites. <br><br> Support in Specification: <br> '038, Col 1, ll. 24-26 | **A …** **… …** **… …** **… …** **… …** **… metastasizes:** This preamble need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**", "**a primary tumor**", "**green fluorescent protein (GFP)**", and "**a primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor when said** |

| '038 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| cells of said tumor when said tumor metastasizes, | | '038, Col. 4, ll. 51-54<br>'038, Col. 12, l. 39 – Col. 13, l. 47 | tumor metastasizes"). Moreover, this preamble's language is mostly identical to the preamble of Claim 5 of the '384 patent, already considered above. The only difference is that the subject here is a mouse/rat/rabbit, while the subject in Claim 5 of the '384 patent is a mammal. |
| wherein said subject contains said tumor that expresses GFP and wherein said subject is a **genetically immunocompro- mised** mouse, rat or rabbit, or a mouse, rat or rabbit which is **syngeneic** to said tumor; | | **wherein said subject contains said tumor that expresses GFP and wherein said subject is a genetically immunocompromised mouse, rat or rabbit, or a mouse, rat or rabbit which is syngeneic to said tumor:**<br>wherein the subject contains a tumor that produces GFP, and wherein the subject is particularly susceptible to tumor development, such as subjects with impaired immune systems; denoting an individual whose immunologic mechanism is deficient, or alternatively, the tumor is derived from a genetically identical source to the mouse, rat or rabbit.<br><br>Support in Specification:<br>'038, Col. 3, ll. 19-29<br>'038, Col. 5, l. 60 to Col. 6 l. 2 | wherein …<br>… …<br>… …<br>… …<br>… tumor:<br>This clause's language is identical to the corresponding clause in Claim 1 of this patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (e.g., "**genetically immunocompromised**" and "**syngeneic**"). Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject wherein | | **which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject wherein the subject is intact:**<br>monitoring in an intact animal the growth of secondary tumors at sites different from the primary tumor by observing at various locations in the mammal changes over time in the presence or absence or intensity of the fluorescence.<br><br>Support in Specification:<br>'038 Col. 2, ll. 26-32 | which …<br>… …<br>… …<br>… …<br>… intact:<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (e.g., "**metastasis**" and "**intact**"). Moreover, this clause's language shares most of the language of the final clause in Claim 5 of the '384 patent, already considered above. The only difference is that the final clause in Claim 5 of the '384 patent adds the |

# JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| the subject is intact. | | '038, Col. 5, ll. 42-55<br>'038, Col. 13, ll. 51-56 | phrase "**by fluorescent optical tumor imaging**" (construed above). |
| **6.** The method of claim 5 wherein the progression of metastasis is monitored by **fluorescent optical tumor imaging** in the intact subject. | | **The method of claim 5 wherein the progression of metastasis is monitored by fluorescent optical tumor imaging in the intact subject:**<br>the method of claim 5, wherein the growth of secondary tumors at sites different form the primary tumor is observed in an intact subject by the specific observation technique known as "fluorescent optical tumor imaging."<br><br>Support in Specification:<br>'038, Col 3, ll. 19-22<br>'038, Col 3, ll 65 – Col 4, l. 2<br>'038 Col. 5, ll. 24-26, 40-53<br>'038, Col. 12, ll. 14-16<br><br>Support in Other Specification:<br>'384 Col. 3, ll. 10-18 | **The …**<br>**… …**<br>**… subject:**<br>The language of this claim is an exact duplicate of the language in Claim 2 of this patent, and, as such, has already been addressed above. |
| **7.** The method of claim 5 wherein said subject contains said tumor by virtue of **surgical orthotopic implantation** of said tumor. | | **The method of claim 5 wherein said subject contains said tumor by virtue of surgical orthotopic implantation of said tumor:**<br>The method of claim 5, wherein the primary tumor is placed in the subject by a surgical procedure such that the tumor is implanted at the site from which the tumor cells were derived.<br>Support in Specification:<br>'038, Col 2, ll. 5-17, 25- 34<br>'038, Col 5, ll. 16-20<br>'038, Col 7, ll. 54-59<br>'038, Col 12, ll. 45-52 | **The …**<br>**… …**<br>**… tumor:**<br>The language of this claim is an exact duplicate of the language in Claim 3 of this patent, and, as such, has already been addressed above. |
| **8.** The method of claim **5** wherein said subject contains said **tumor** by virtue of | **stably transformed tumor cell line:** | **The method of claim 5 wherein said subject contains said tumor by virtue of injecting cells of a stably transformed tumor cell line:**<br>The method of claim 5, where all of the steps of claim | **The method of claim 5 …**<br>**… …**<br>**… tumor cell line:**<br>The language of this claim is an exact duplicate of |

# JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| injecting cells of a **stably transformed tumor cell line** | already construed in Claim 4 of this patent above | 5 are performed, and wherein the subject contains a tumor as the result of injecting such animal with a stably transformed tumor cell line.<br><br>**tumor:**<br>A mass of cells, generally derived from a single cell, that is not controlled by normal regulators of cell growth. | the language in Claim 4 of this patent, and, as such, has already been addressed above.<br><br>**tumor:**<br>construction not necessary. To the extent the Court needs to understand the scientific background of "**tumor**", it can be explained and discussed at the tutorial preceding the claim construction hearing. However, if the Court does construe this term, it should be construed as "an abnormal growth of tissue resulting from uncontrolled, progressive multiplication of cells and serving no physiological function; a neoplasm"<br><br>Background Support:<br>**Stedman's Medical 1995**, p. 858; **American Heritage 1992**, p. DEFS-009330 |
| which has been transfected with an **expression vector** containing a first nucleotide sequence encoding green fluorescent protein (GFP) and a second nucleotide sequence encoding a selection marker, | | **which has been transfected with an expression vector containing a first nucleotide sequence encoding green fluorescent protein (GFP) or mutants thereof, and a second nucleotide sequence encoding a selection marker:**<br>An expression vector is a DNA molecule into which a foreign DNA is inserted, and which then carries such foreign DNA into a suitable host cell and there directs the expression of such foreign DNA. The expression vector must contain a first DNA sequence which contains the code to produce GFP or mutants thereof, and a second DNA sequence that contains the code to produce a selection marker and must also meet other requirements specified below.<br><br>**"Expression vector":**  A virus or plasmid that carries a DNA sequence into a suitable host cell and there directs the synthesis of a specific protein. | **which has been transfected …**<br>… …<br>… …<br>… …<br>**… marker:**<br>The language of this claim is an exact duplicate of the language in Claim 4 of this patent, addressed above.<br><br><br>**expression vector:**<br>As far as is presently known, the concept/term "expression vector" is used in the same manner in |

# JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | Other Support: Alberts et. al., Molecular Biology of the Cell (3d ed., 1994) at G-9; Stedman's Medical Dictionary for the Health Professions and Nursing 551 (6th ed. 2008). (definition of '**expression vector**') | the references which are prior art to the '384/'038 patent claims. "Expression vector" is a background concept that should be explained and discussed at the tutorial preceding the claim construction hearing, rather than being construed as a disputed claim term/phrase by the Court.  However, if the Court believes it is desirable to construes this term, its construction should be "A vector, such as a plasmid, yeast, or animal virus genome, used to introduce foreign genetic material into a host cell in order to replicate and amplify the foreign DNA sequences as a recombinant molecule".  Background Support: **Stedman's Medical 1995**, p. 288; **Oxford 1997**, pp. DEFS-003897, DEFS-003900 |
| both said first and second nucleotide sequences being under control of a viral promoter and | | **both said first and said second nucleotide sequences being under control of a viral promoter and:** The DNA sequence that encodes GFP and the DNA sequence that encodes a selection marker are linked to, and controlled by a viral promoter.  A viral promoter is a sequence of DNA isolated or derived from a virus, which directs the transcription of the GFP gene and the selection marker.  Transcription is an early step in the expression of a gene when the code from DNA is transferred to messenger RNA prior to making a protein. | **both said first …** **… …  promoter:** The language of this claim is an exact duplicate of the language in Claim 4 of this patent, addressed above. |
| wherein said cell line stably effects high level expression of said GFP in the absence of selection agent and | | **wherein said cell line stably effects high level expression of said GFP in the absence of a selection agent:** tumor cell line has the ability to express high levels of GFP and which expression, upon replication of individual cells, is stably maintained in the daughter cells, in the absence of a selection agent.  Support in '523 Specification | **wherein said cell line line …** **… …** **… agent:** The language of this claim is an exact duplicate of the language in Claim 4 of this patent, addressed above. |

## JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | '523 Col. 4, ll. 3-8;<br>'523 Col. 3, line 49-Col. 5, line 30. | |
| maintains a high level expression of GFP when said cell line proliferates through multiple passages of said cell line. | | **maintains said high level expression of said GFP when said cell line proliferates through multiple passages of said cell line:**<br>the cell line can reproduce over many generations while maintaining a high level of production of GFP.<br><br>Support in '523 Specification:<br>'523 Col. 4, ll. 4-8;<br>'523 Col. 4, line 20-Col. 7, line 8.<br><br>'523 File History:<br>See, Amendment 3/6/2000 at 3. See also, Declaration of Robert M. Hoffman 3/6/2000 ¶2. | **maintains a ...**<br>**... ...**<br>**... said cell line:**<br>The language of this claim is an exact duplicate of the language in Claim 4 of this patent, addressed above. |
| **9.** A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor, and | | **A method to monitor metastasis of a primary tumor in a mammalian subject which contains said primary tumor:**<br>A procedure to evaluate growth of tumor cells at primary and distal sites in a mammalian subject bearing a tumor.<br><br>Support in Specification:<br>'038, Col. 1, ll. 5-27<br>'038, Col. 4, ll. 51-54 | **A ...**<br>**... ...**<br>**... tumor:**<br>This preamble's language is identical to the preamble of Claim 5 of the '384 patent, addressed above. This preamble need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**" and "**a primary tumor**"). |
| wherein said tumor **stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes**, | | **and wherein said tumor stably expresses green fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes:**<br>wherein the primary tumor consistently expresses GFP in its cells at the primary and distal sites.<br><br>Support in Specification:<br>'038, Col. 5, ll. 42-47<br>'038, Col. 7, ll. 18-27 | **and ...**<br>**... ...**<br>**... metastasizes:**<br>This clause's language is identical to the corresponding clause of Claim 5 of the '384 patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**green fluorescent protein (GFP)**", and "**a primary tumor that stably expresses green** |

# JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | fluorescent protein (GFP) in cells of said tumor when said tumor metastasizes"). |
| wherein said primary tumor is **endogenous** to said mammalian subject | | **wherein said primary tumor is endogenous to said mammalian subject:** wherein the primary tumor originated from the mammalian subject in question, as opposed to a transplanted tumor.  Support in Specification: '038, Col 4, ll. 43-47 | **wherein said primary tumor is endogenous to said mammalian subject:** This clause's language is identical to the corresponding clause of Claim 5 of the '384 patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**endogenous**"). |
| and expresses said GFP as a result of locally administering a retroviral vector to said subject in the vicinity of said tumor, said retroviral vector containing an expression system for said GFP; | | **and expresses said GFP as a result of locally administering a retroviral vector to said subject in the vicinity of said tumor:** wherein the primary tumor produces GFP as a result of administering at or near the location of the tumor a retroviral vector which is effective at producing GFP when incorporated into the cells of a tumor.  Support in Specification: '038, Col. 6, ll. 25-30 '038, Col. 6, ll. 40-52 '038, Col. 6, ll. 53-65  Support in Other Specification: '523 Col. 6, ll. 24-29, 39-64 | **and ... ... ... ... tumor:** This clause's language is identical to the corresponding clause of Claim 5 of the '384 patent, addressed above. This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**GFP**") or explained at the tutorial (*e.g.*, "retroviral vector"). |
| which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at | | **which method comprises monitoring the progression of metastasis by observing the presence, absence or intensity of the fluorescence as a function of time at various locations in said subject:** monitoring in an animal the growth of secondary tumors at sites distinct from the primary tumor by observing at various locations in the mammal changes over time in the presence or absence or intensity of the fluorescence.  Support in Specification: | **which ... ... ... ... ... ...  subject:** This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**").  Moreover, this clause's language is mostly identical to the corresponding clause of Claim 5 of the '384 patent, already considered above.  The only difference is that the |

## JOINT CLAIM CONSTRUCTION CHART

| **'038 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| various locations in said subject. | | '038 Col. 2, ll. 26-32<br>'038, Col. 5, ll. 42-55<br>'038, Col. 13, ll. 51-56 | final clause in Claim 5 of the '384 patent adds the phrase "**by fluorescent optical tumor imaging in the intact subject**" (construed above).  Moreover, besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **10.** The method of claim **9** wherein the subject is human. | | | No construction necessary. |
| **11.** The method of claim **9** wherein the progression of metastasis is monitored by excising fresh organ tissues from various locations in said subject. | | **The method of claim 9 wherein the progression of metastasis is monitored by excising fresh organ tissues from various locations in said subject:**<br>The method of claim 9, wherein the spread of tumor is evaluated by excising tissue from various organs.<br><br>Support in Specification:<br>'038, Col 4, ll. 1-7 | **The method …**<br>**… …**<br>**… subject:**<br>This clause need not be construed by the Court separately from the phrases/terms within it which have already been construed above (*e.g.*, "**metastasis**").  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **12.** The method of claim **11** wherein said excised tissues are observed by microscopic examination of fresh tissue slices. | | | No construction necessary. |

## --- '159 PATENT ---

| '159 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| **1.** A method to monitor the ability of a **promoter** to promote **expression** in an **animal** of an **endogenous gene** that is controlled by said promoter, which method comprises: | **animal:** a multi-cellular organism of the kingdom of Animalia, characterized by a capacity for locomotion, nonphotosynthetic metabolism, pronounced response to stimuli, restricted growth and fixed bodily structure.<br><br>**endogenous gene:** a gene normally found within the organism being studied; originating or produced within the organism or one of its parts. Any gene in the animal is endogenous whether original or artificially inserted. | <u>**A method to monitor the ability of a promoter to promote expression in an animal of an endogenous gene that is controlled by said promoter:**</u> a method to study when a promoter (defined below) is active in an animal so that its associated endogenous gene (defined below) produces a protein, which includes the following steps.<br><br><u>Support in Specification</u><br>'159, Col. 2, ll. 58-64<br>'159, Col. 4, ll. 43-64<br><br><u>**"Promoter":**</u> a promoter is a specific sequence of DNA that is involved in controlling the production of a protein from its corresponding gene.<br><br><u>Support in Specification:</u><br>'159, Col. 6, ll.34-46 | <u>**A method to monitor the ability of a promoter to promote expression in an animal of an endogenous gene that is controlled by said promoter:**</u> a method to monitor when a promoter of an endogenous gene (defined below) is active (i.e., switched on), thereby causing its associated endogenous gene to be expressed in an animal<br><br><u>promoter:</u> As far as is presently known, the concept/ term "promoter" is used in the same manner in the references which are prior art to the '159 patent claims. "promoter" is a background concept that should be explained and discussed at the tutorial preceding the claim construction hearing, rather than being construed as a disputed claim term/phrase by the Court.  However, if the Court believes it is desirable to construe this term, its construction should be "a segment of DNA or RNA that controls transcription of the DNA or RNA to which it is operatively linked".<br><br><u>Support in specification:</u><br>'159, 6:34-37 |

JOINT CLAIM CONSTRUCTION CHART

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | **"Expression":** a gene is "expressed" when the information encoded in the gene is manifested into an observable characteristic, most commonly the production of a protein.<br><br>Support in Specification:<br>'159 Col. 2, l. 65 to Col. 3, l. 7<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 551 (6th ed. 2008) (definition of '**expression**') | expression:<br>addressed in Claim 1 of the '384 patent above |
| **a)** delivering, to an animal, cells containing a **nucleic acid** encoding a **fluorophore** operatively linked to **the promoter of said endogenous gene whose ability to promote expression is to be analyzed**; and | **nucleic acid:**<br>DNA or RNA.<br><br>**operatively linked:**<br>the functional relationship of DNA with regulatory and effector sequences of nucleotides, such as promoters, enhancers, transcriptional and translational stop sites, and other signal sequences.  For example, operative linkage of DNA to a promoter refers to the physical and functional relationship between the DNA and the promoter such that the transcription of such DNA is initiated from the promoter by an RNA polymerase that | **delivering to an animal, cells containing a nucleic acid encoding a fluorophore:**<br>giving the animal cells that contain the coding region of a gene, that is a piece of DNA, that can be expressed to produce a fluorophore.<br><br>Support in Specification:<br>'159 Col. 13, ll. 38-45<br><br><br>**"Fluorophore":** a protein that is auto-fluorescent such that no other substrates or co-factors are needed for it to fluoresce.<br><br>Support in Specification:<br>'159  Col. 4, ll. 23-25<br>'159  Col. 6, ll. 27-33 | **delivering ...**<br>**... fluorophore:**<br>This clause need not be construed by the Court separately from the term "nucleic acid" construed separately herein.  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br><br>**fluorophore:**<br>AntiCancer's definition merely repeats the limitation on "fluorophore" given at the end of this claim (i.e., "wherein said fluorophore is a protein that is autofluorescent such that no substrates or cofactors are needed for it to fluoresce").  To the extent the Court needs to understand the scientific background of "fluorophore", it can be explained and discussed at the tutorial preceding the claim construction hearing. |

# JOINT CLAIM CONSTRUCTION CHART

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | specifically recognizes, binds to and transcribes the DNA. | **operatively linked to the promoter of said endogenous gene whose ability to promote expression is to be analyzed :** The promoter of the endogenous gene (the gene that is being studied in the method) is linked to and controls the expression of the segment of DNA that contains the code to produce the fluorophore.<br><br>Support in Specification:<br>'159 Col. 6, ll. 47-67 | **operatively …** **… …** **… analyzed :** This clause need not be construed by the Court separately from the term "**operatively linked**" construed separately herein.  Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.  To the extent the Court needs to understand the scientific background of any terms/phrases in this clause, they can be explained and discussed at the tutorial preceding the claim construction hearing. |
| | | **promoter of said endogenous gene:** a promoter associated with a gene that is endogenous to the animal rather than an artificially employed promoter such as a viral promoter (*e.g.*, a CMV promoter). | **promoter of said endogenous gene:** a promoter associated with a gene that is endogenous to the animal rather than an artificially employed promoter such as a viral promoter (*e.g.*, a CMV promoter).  A promoter whose performance is affected by surrounding tissues, drugs, and other conditions is included.<br><br>Support in specification:<br>'159, 4:63-65; 6:34-46; 13:46-61; 14:16-22; 16:26-59 clms 9-11 (see'159, 5/15/03 Amd., p. 6)<br><br>Support in prosecution history:<br>'159, 5/15/03 Amd., *generally*, *see*, *e.g.*, pp. 5-12; 9/23/02 Amd., *generally*, *see*, *e.g.*,  pp. 10-11; 5/21/02 O.A., *generally*, pp. 2-13; 4/22/03 Draft Amd., pp. 4-9; 4/28/03 Interview Summary; 7/11/03 Not./Allwblty, Ex'r's Amd., p. 2; '159 Div. App. File, 9/28/06 O.A. (DEFS-004131-004139), see, *e.g.*, p. 4 (DEFS-004135); |

## JOINT CLAIM CONSTRUCTION CHART

| '159 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| | | | 12/27/06 Amd. (DEFS-004122-004130); 6/25/07 F.O.A. (DEFS-004094-004101); 8/27/07 Amd. (DEFS-004076-004088); 9/13/07 Adv. Act. (DEFS-004004-004007); 1/2/08 O.A. (DEFS-003985-003998); 4/15/08 Intrvw (DEFS-003983-003984); 4/23/08 Amd. (DEFS-003967-003975); 7/21/08 F.O.A. (DEFS-003990-003991); 8/27/08 Amd. (DEFS-003938-003952); 9/30/08 Adv. Act. (DEFS-003933-003937); 5/5/09 O.A. (DEFS-003905-003925); 8/4/09 Amd., generally, see, *e.g.*, pp. 1-8 |

Materials cited in prosecution history:
**Contag '135**, 12:20-28; 14:58 et seq. (cited in '159 Div. App. File, 6/25/07 F.O.A., p. 3 (DEFS-004097); 8/27/07 Amd. (DEFS-004080); etc.); **Flaherty 1998** (cited in '159 Div. App. File, 5/5/09 O.A., pp. 12 (DEFS-003917)); **Lin '458**, 10:last ¶ - 11:1st ¶ ;  11:62-64 (cited in '159 Div. App. File, 1/2/08 O.A. (DEFS-003990-003991); etc.); **Link 1999** (cited in '159 Div. App. File, 7/21/08 F.O.A., pp. 3-6 (DEFS-003958-003961); etc.); **Okabe 1997** (cited in '159 Div. App. File, 5/5/09 O.A., pp. 3, 6-11 (DEFS-003908, 003911-003918)

Support in present litigation:
AntiCancer's Opp. [D.E. 154] to CRI's S.J./Invalidity of '038/'159, generally, see, *e.g.*, pp. 6-7, 17-20; Hoffman Dec. in supp. thereof [D.E. 154-02], generally, see, *e.g.*, pp. 9-10; Miller Dec. in supp. thereof [D.E. 154-08], generally, see, *e.g.*, pp. 2-4; Penman Dec. in supp. thereof [D.E. 154-09], generally, see, *e.g.*, pp. 2-5; Yang Dec. in supp. thereof [D.E. 154-11], generally, see, *e.g.*, pp. 1-3; Merck's 30(b)(6) Deposition of AntiCancer on

**'159 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | Dec. 5, 2007, generally, see, *e.g.*, pp. 98-174; <br><br>Support in past litigation: <br>Deposition of Meng Yang on Nov. 22, 2005, generally, see, *e.g.*, pp. 151 et seq.; <br>Deposition of Meng Yang on Dec. 15, 2005, generally, see, *e.g.*, pp. 157 et seq.; <br>Deposition of Eugene Baranov on Nov. 9, 2005, generally, see, *e.g.*, pp. 92 et seq. <br><br>Background Materials: <br>**Nobel Prize 2008a**; **Nobel Prize 2008b**; **LiL 2003** (referred to in Penman Dec. [154-09] iso AntiCancer's Opp. to CRI's S.J./Invalidity of '038/'159) |
| **b)** observing the presence, absence or intensity of the fluorescence generated by said fluorophore at various locations in said animal by **whole-body external fluorescent optical imaging**, whereby the ability of said promoter to promote expression is monitored, and | | **observing the presence, or absence or intensity of the fluorescence generated by said fluorophore at various locations in said animal by whole-body external fluorescent optical imaging:** <br>observing various locations in the animal to see whether the fluorescence generated by the fluorophore is present or absent, or to observe the intensity of such fluorescence, by a method called whole-body external fluorescent optical imaging. <br><br>Support in Specification: <br>'159, col. 5, l. 60 to col. 6, l. 6 <br><br>**"Fluorescence":** Emission of a longer wavelength radiation by a substance as a consequence of absorption of energy from a shorter wavelength radiation, continuing only as long as the stimulus is present; distinguished | **observing …** <br>**… …** <br>**… …** <br>**… …** <br>**… imaging:** <br>This clause need not be construed by the Court separately from the disputed phrase "**whole-body external fluorescent optical imaging**" construed below.  Besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. <br><br>**fluorescence:** <br>addressed in Claim 1 of the '384 patent |

**'159 Patent**

## JOINT CLAIM CONSTRUCTION CHART

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | from phosphorescence, which emission persists for a perceptible period of time after the stimulus has been removed.<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 595 (6th ed. 2008). (definition of '**fluorescence**')<br><br>**whole-body external fluorescent optical imaging:**<br>acquiring an external light image from an intact animal, in real-time and on a continuous basis, of fluorescent light emitted from the animal, without any surgical incision performed. | **whole-body external fluorescent optical imaging:**<br>an imaging process in which the presence, absence or intensity of the fluorescence generated by the fluorophore at various locations in the host organism is monitored, recorded and/or analyzed externally without any procedure, *e.g.*, surgical procedure, to expose and/or excise the desired observing site from the host organism.  This includes merely "looking" at the animal.<br><br>Support in specification:<br>'159, 2:12-45, 48-64; 5:60- 6:26<br><br>Materials cited in spec./prosecution history:<br>**Yang 2000a**, cited in '159 at 2:12-45; **Yang 2000b**, cited in prosecution history; **Edinger 1999**, cited in prosecution history<br><br>Support in prosecution history:<br>'159, 1/15/02 O.A., pp. 2-3; 2/13/02 Amd., pp. 1-2; 5/21/02 O.A., pp. 2-13; 9/23/02 Amd., pp. 4-11, 13; 12/18/02 O.A., pp. 3-9; 4/22/03 Draft Amd., pp. 4-9; 5/15/03 Amd., pp. 5-10; 7/11/03 Not./Allwblty, Ex'r's Amd., p. 2<br>'159 Div. App. File, 9/28/06 O.A. (DEFS-004131-004139); 12/27/06 Amd. (DEFS-004122- |

**'159 Patent**

## JOINT CLAIM CONSTRUCTION CHART

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | 004130); 6/25/07 F.O.A. (DEFS-004094-004101); 8/27/07 Amd. (DEFS-004076-004088); 9/13/07 Adv. Act. (DEFS-004004-004007); 1/2/08 O.A. (DEFS-003985-003998); 4/15/08 Intrvw (DEFS-003983-003984); 4/23/08 Amd. (DEFS-003967-003975); 7/21/08 F.O.A. (DEFS-003990-003991); 8/27/08 Amd. (DEFS-003938-003952); 9/30/08 Adv. Act. (DEFS-003933-003937); 5/5/09 O.A. (DEFS-003905-003925); 8/4/09 Amd., generally, see, *e.g.*, pp. 1-8 |
| | | **whereby the ability of said promoter to promote expression is monitored:** Where the ability of the promoter to causes its associated fluorophore gene to produce a protein is monitored.  <br><br> Support in Specification: '159 Col. 2, l. 65 to Col. 3, l. 7 | **whereby … … monitored:** This clause need not be construed by the Court. Besides the concepts that are best explored at the tutorial and the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| wherein said fluorophore is a protein that is autofluorescent such that no substrates or cofactors are needed for it to fluoresce. | | **wherein said fluorophore is a protein that is autofluorescent such that no substrates or cofactors are needed for it to fluoresce:** wherein the fluorophore is auto-fluorescent such that no other substrates or co-factors are needed for it to fluoresce.  <br><br> Support in Specification: '159 Col. 6, ll. 27-33 | **wherein … …, … … fluoresce:** This clause need not be construed by the Court; AntiCancer's proposed construction of this clause substantially repeats the same words for those of the clause. |
| **2.** The method of claim **1**, wherein the cells are delivered to the animal via a surgical procedure. | | **The method of claim 1, wherein the cells are delivered to the animal via a surgical procedure:** the method of claim 1, wherein the cells that contain the gene for the fluorophore are placed | **The … … … … procedure:** This claim need not be construed by the Court. AntiCancer's proposed construction merely |

**'159 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | in the animal by means of surgery.<br><br><u>Support in Specification:</u><br>'159 Col. 3, ll. 14-19<br>'159 Col. 13, ll. 38-45 | paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant. |
| **3.** The method of claim **2**, wherein the cells are delivered to the animal via direct implantation by **surgical orthotopic implantation (SOI)** at a desired site. | | **The method of claim 2, wherein the cells are delivered to the animal via direct implantation by surgical orthotopic implantation (SOI) at a desired site:**<br>The method of claim 1, wherein the cells that contain the gene for the fluorophore are directly implanted in the animal by surgery at the site from which the tumor cells were derived.<br><br><u>Support in Specification</u><br>'159 Col. 3, ll. 14-19<br>'159 Col. 13, ll. 38-45 | **The …**<br>**… …**<br>**… …**<br>**… site:**<br>This clause need not be construed by the Court separately from the disputed phrase "**surgical orthotopic implantation (SOI)**" construed below. Besides the phrases/terms separately construed herein, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br>**surgical orthotopic implantation (SOI):**<br>surgical implantation of cells at the site of tissue of the type from which the cells were derived.  The cells need not have originated within the host organism.<br><br><u>Support in specification:</u><br>'159,  3:14-19; 13:37-45<br><br><u>Materials cited in specification:</u><br>**An 1998**, cited in '159 at 13:44-5; **ChangX 1999**, cited in '159 at 13:44<br><br><u>Support in prosecution history:</u><br>'159, 5/21/02 O.A., pp. 2-13; 9/23/02 Amd., pp. 4-11, 13; 4/22/03 Draft Amd., pp. 4-9; 5/15/03 Amd., pp. 5-12 |

**'159 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | | Background Support:<br>**Fu 1993a**; **Astoul 1994b**; **Astoul 1994a**; **Fidler 1991**; **Fu 1993a**; **Furukawa 1993d** |
| | | orthotopic:<br>in the normal or usual position.<br><br>Other Support:<br>Stedman's Medical Dictionary for the Health Professions and Nursing 1123 (6th ed. 2008) | orthotopic:<br>needs no construction separate from "**surgical orthotopic implantation**" above |
| **4.** The method of claim **1**, wherein the animal is a human and the fluorophore is a **humanized fluorophore**. | | humanized fluorophore:<br>a fluorophore whose codons are modified according to the codon usage pattern in the human genome to enhance its expression while substantially maintaining its fluorescent characteristics | humanized fluorophore:<br>a fluorophore whose codon is modified according to the codon usage pattern in human genome to enhance its expression while substantially maintaining its fluorescent characteristics<br><br>Support in specification:<br>'159, 7:1-5 |
| **5.** The method of claim **1**, wherein the fluorophore is selected from the group consisting of a green fluorescent protein (GFP), a blue fluorescent protein (BFP), and a red fluorescent protein (RFP). | | **The method of claim 1, wherein the fluorophore is selected from the group consisting of a green fluorescent protein (GFP), a blue fluorescent protein (BFP) and a red fluorescent protein (RFP):**<br>The method of claim 1, wherein the promoter-linked fluorophore-expressing nucleic acid expresses a fluorophore is either a green fluorescent protein, a blue fluorescent protein, or a red fluorescent protein.<br><br>Support in Specification:<br>'159 Col. 3, ll. 20-25<br>'159 Col. 14, l. 25 to Col. 15, l. 48 | **The ...**<br>**... ...**<br>**... ...**<br>**... ...**<br>**... (RFP):**<br>This claim need not be construed by the Court. AntiCancer's proposed construction merely, improperly, substitutes different words for those of the claim, which is improper, inaccurate, unnecessary, and/or redundant. |

**'159 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| **6.** The method of claim **5**, wherein the animal is a human and the GFP is the humanized hGFP-S65T. | | | No construction necessary. |
| **7.** The method of claim 1, wherein the animal is a mammal. | | <u>**The method of claim 1, wherein the animal is a mammal:**</u> the method of claim 1, wherein the animal used as part of this method is a mammal.<br><br><u>Support in Specification:</u><br>'159 Col. 3, line 28<br>'159 Col. 15, ll. 55-56 | <u>**The ...**</u><br><br><u>**... mammal:**</u><br>This claim need not be construed by the Court. AntiCancer's proposed construction merely, improperly, substitutes different words for those of the claim, which is improper, inaccurate, unnecessary, and/or redundant. |
| **8.** The method of claim 7, wherein the mammal is selected from the group consisting of a mouse, a rat, a rabbit, a cat, a dog, a pig, a cow, an ox, a sheep, a goat, a horse, a monkey and a non-human primate. | | <u>**The method of claim 7, wherein the mammal is selected from the group consisting of a mouse, a rat, a rabbit, a cat, a dog, a pig, a cow, an ox, a sheep, a goat, a horse, a monkey and a non-human primate:**</u> the method of claim 1, wherein the animal used as part of this method is either a mouse, a rat, a rabbit, a cat, a dog, a pig, a cow, an ox, a sheep, a goat, a horse, a monkey, or a non-human primate.<br><br><u>Support in Specification:</u><br>'159 Col. 15, ll. 57-60 | <u>**The ...**</u><br><br><u>**... ...**</u><br><u>**... ...**</u><br><u>**... ...**</u><br><u>**... primate:**</u><br>This claim need not be construed by the Court. AntiCancer's proposed construction merely, improperly, substitutes different words for those of the claim, which is improper, inaccurate, unnecessary, and/or redundant. |
| **9.** The method of claim 1, wherein the endogenous gene is normally **expressed in a tissue or organ specific manner**. | | <u>**The method of claim 1, wherein the endogenous gene is normally expressed in a tissue or organ specific manner:**</u>  the method of claim 1, with all of the steps of claim 1 being performed.  In addition, the endogenous gene used in the method is normally specifically expressed, either transiently or constitutively, by cells in certain tissues or organs but not in | <u>**The ...**</u><br><br><u>**... ...**</u><br><u>**... ... manner:**</u><br>This clause need not be construed by the Court separately from the disputed phrase "**expressed in a tissue or organ specific manner**" construed below.  Besides the disputed phrase, AntiCancer's proposed construction merely paraphrases the |

**'159 Patent**

**JOINT CLAIM CONSTRUCTION CHART**

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| | | other tissues or organs.<br><br>Support in Specification:<br>'159 Col. 3, ll. 31-42;<br>'159 Col. 7, ll. 26-38;<br>'159 Col. 15, line 61-Col. 16, line 59. | clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br>**expressed in a tissue or organ specific manner:** a gene expression pattern in which a gene is expressed, either transiently or constitutively, only in certain tissues or organs, but not in other tissues or organs<br><br>Support in specification:<br>'159, 7:27-30 |
| **10.** The method of claim **9**, wherein the tissue is selected from the group consisting of connective, epithelium, muscle and nerve tissues. | | **The method of claim 9, wherein the tissue is selected from the group consisting of connective, epithelium, muscle and nerve tissues:** the method of claim 9, with all of the steps of claim 9 being performed.  In addition, the endogenous gene used in the method is normally specifically expressed, either transiently or constitutively, by cells in tissues selected from the group consisting of connective, epithelium, muscle and nerve tissues, but not in other tissues or organs.<br><br>Support in Specification:<br>'159 Col. 16, line 1-3. | **The …**<br>**… …**<br>**… …**<br>**… tissues:**<br>This claim need not be construed by the Court; AntiCancer's proposed construction merely, improperly, substitutes different words for those of the claim, which is improper, inaccurate, unnecessary, and/or redundant. |
| **11.** The method of claim **9**, wherein the organ is selected from the group consisting of brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, | | **The method of claim 9, wherein the organ is selected from the group consisting of brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, gland, and internal blood vessels:** the method of claim 9, with all of the steps of claim 9 being performed.  In addition, the | **The method of claim 9,  …**<br>**… …**<br>**… …**<br>**… …**<br>**… …**<br>**… …**<br>**… …**<br>**… vessels:**<br>This claim need not be construed by the Court; AntiCancer's proposed construction merely, |

**'159 Patent**

## JOINT CLAIM CONSTRUCTION CHART

| **'159 Patent** | **AGREED CONSTRUCTION** | **ANTICANCER'S PROPOSED CLAIM CONSTRUCTION** | **CRI'S PROPOSED CLAIM CONSTRUCTION** |
|---|---|---|---|
| pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, gland, and internal blood vessels. | | endogenous gene used in the method is normally specifically expressed, either transiently or constitutively, by cells in organs selected from the group of brain, lung, liver, spleen, bone marrow, thymus, heart, lymph, blood, bone, cartilage, pancreas, kidney, gall bladder, stomach, intestine, testis, ovary, uterus, rectum, nervous system, gland, and internal blood vessels:<br><br><u>Support in Specification</u>:<br>'159 Col. 16, ll. 20-25 | improperly, substitutes different words for those of the claim, which is improper, inaccurate, unnecessary, and/or redundant. |
| **12.** The method of claim **1**, wherein the endogenous gene is an endogenous **tumor or cancer associated gene**. | | | <u>**tumor or cancer associated gene:**</u><br>a gene associated with tumors or cancer<br><br><u>Support in specification:</u><br>'159, 7:51-60; 16:60-17:55 (Table 1) |
| **13.** The method of claim **12**, wherein the tumor or cancer associated gene is an **oncogene** or a **tumor suppressor gene**. | <u>**oncogene:**</u><br>a mutated and/or overexpressed version of a normal gene of animal cells (the proto-oncogene) that in a dominant fashion can release the cell from normal restraints on growth, and thus alone, or in concert with other changes, convert a cell into a tumor cell<br><br><u>**tumor suppressor gene:**</u><br>also known as an anti-oncogene, cancer susceptibility | <u>**The method of claim 12, wherein the tumor or cancer associated gene is an oncogene or a tumor suppressor gene:**</u><br>The method of claim 12, with all of the steps of claim 12 being performed.  In addition, the endogenous gene used in the method must be an oncogene or tumor suppressor gene.<br><br><u>Support in Specification</u>:<br>'159 Col. 3, ll. 39-42;<br>'159 Col. 16, ll. 60-65<br><br><u>**"Cancer associated gene"**</u>: A gene that is specifically expressed in cancers and can release the cell from normal restraints on | <u>**The method of claim 12, …**</u><br><u>**… …**</u><br><u>**… suppressor gene:**</u><br>is clause need not be construed by the Court separately from the disputed terms/phrases"**tumor or cancer associated gene**", "**oncogene**", and "**tumor suppressor gene**" construed above and below.  Besides the disputed terms/phrases, AntiCancer's proposed construction merely paraphrases the clause, which is improper, inaccurate, unnecessary, and/or redundant.<br><br><u>**cancer associated gene:**</u><br>a gene associated with cancer |

## JOINT CLAIM CONSTRUCTION CHART

| '159 Patent | AGREED CONSTRUCTION | ANTICANCER'S PROPOSED CLAIM CONSTRUCTION | CRI'S PROPOSED CLAIM CONSTRUCTION |
|---|---|---|---|
| | gene; refers to a gene that encodes a product which normally negatively regulates the cell cycle, and which must be mutated or otherwise inactivated before a cell can proceed to rapid division | growth.  A cancer associated gene is any gene specifically associated with a type or types of cancer.<br><br>Support in Specification:<br>'159 Col. 3, ll. 39-42<br>'159 Col. 16, ll. 60-65 | Support in specification:<br>'159, 7:51-60; 16:60-17:55 (Table 1) |

**'159 Patent**