1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                     **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   ANTICANCER, INC., a California              CASE NO. 07CV97 JLS (RBB)
     Corporation,
12                                               **(1) CLAIM CONSTRUCTION
                                      Plaintiff,  ORDER** and **(2) ORDER STRIKING
13          vs.                                   DEFENDANT'S SUPPLEMENTAL
                                                  DOCUMENT.**
14   CAMBRIDGE RESEARCH &
     INSTRUMENTATION, INC., a Delaware
15   Corporation,
16                                   Defendant.
17

18          On December 2, 2009, the Court held a claim construction hearing regarding the disputed

19   terms of three patents at issue in this case.  On December 3, 2009, the Court, finding the interest of

20   justice so required, requested a joint notice regarding agreement or new proposed construction of four

21   of the claims.  (Doc. No. 272.)  The Court received the joint notice on December 11, 2009.  That same

22   day, Defendant filed a supplemental document regarding the construction of the term "metastasis."

23   (Doc. No. 275.)  Three days later, Plaintiff filed an ex parte motion to strike the supplemental

24   document.  (Doc. No. 276.)  Defendant filed a response in opposition to the ex parte motion on

25   December 17, 2009.  Finding that the Court did not invite such a document, the Court **HEREBY**

26   **GRANTS** Plaintiff's ex parte motion to strike the supplemental document.  The Clerk **SHALL**

27   **STRIKE** the document from the record.

28   //

**BACKGROUND**

AntiCancer is a small, locally-headquartered company whose main technology is the use of Green Fluorescent Protein ("GFP"), which occurs naturally in a species of jellyfish.  (AntiCancer CCB[1] at 1.) AntiCancer engineers GFP-expressing tumor cells and implants them into live laboratory animals (such as mice), which allows one to see the fluorescent cells inside the animal in real time.  (*Id.*)  Researchers can then monitor the cell to see if a drug is slowing or stopping the growth of the tumor.  (*Id.*)

CRI specializes in biomedical imaging, developing imaging systems for use in research and health care.  One imaging system in particular, the Maestro brand, enables users to "image tumor cells and gene expression in living animals which express GFP." (*Id.* at 1-2.)  These imaging systems are what AntiCancer alleges infringes the three patents at issue in this case.  (*Id.* at 2.)

Two patents, U.S. Pat. Nos. 6,251,384 ("the '384 patent") and 6,759,038 ("the '038 patent") descend from the same application and specification, and have similar claims.  Thus, they will be construed jointly (collectively "the '384/'038 patents").  These patent claims recite methods of (1) monitoring metastasis of tumor cells which have been modified to produce GFP by observing its fluorescence; and (2) by using this method, evaluating candidate drugs and/or protocols.  (CRI CCB[2] at 3; *see also* AntiCancer CCB at 5-6.)

The third patent, U.S. Pat. No. 6,649,159 ("the '159 patent") is unrelated to the other two patents and has its own specification.  The '159 patent recites "a method for monitoring the activity of a promoter of a gene by linking the promoter to a fluorophore, such as GFP, and then observing the fluorescence that is generated whenever the promoter is active."  (CCI CCB at 4; *see also*

**CLAIM CONSTRUCTION**

**I.    '384/'038 Patent**

The Court hereby **ADOPTS** the parties' agreed-upon constructions for the following terms:

---

[1] "AntiCancer Claim Construction Brief"

[2] "CRI Claim Construction Brief"

1    — "Primary Tumor": The original implanted tumor or the first arising tumor.

2    — "Green Fluorescent Protein (GFP)": A protein that emits light upon incidence of an excitation;

3    includes any suitable and convenient form of GFP; includes the native gene encoding GFP from

4    *Aequorea victoria*; includes mutants found useful to enhance expression and to modify excitation

5    and fluorescence; includes various forms of GFP including those which exhibit green color and

6    colors other than green; includes but is not limited to GFP which have been isolated from other

7    organisms, such as *Renilla reriformis*.

8    — "Fluorescence": Emission of a longer wavelength light by a substance when it is being excited

9    by shorter wavelength light (such as, e.g., the emission of green light by GFP when excited by

10   blue or ultraviolet light), where the light emission continues only as long as the exciting light is

11   shining on the substance.

12   — "Intact": Without any surgical openings in the skin.

13   — "Nude mouse": A hairless mutant mouse that lacks a thymus glad and hence lacks T cells.

14   — "SCID mouse": A mouse whose immune system has **s**evere **c**ombined **i**mmuno**d**eficiency,

15   meaning that it has been genetically modified to carry a mutation that severely impairs immune

16   system development and cannot produce either T or B cells; includes a SCID-hu mouse.

17   — "Syngeneic": Genetically identical; includes a tumor derived from the same mouse.

18   — "Endogenous": Native (i.e. arose spontaneously within, not the result of intervention, such as

19   transplantation or seeding).

20   — **"**Genetically Immunocompromised": Having an inherited genetic defect which causes the

21   subject's immune system to be deficient or impaired (such as nude and SCID mice).

22   — "Stably Transformed Tumor Cell Line": A tumor cell line (a population of cells derived from a

23   tumor that can proliferate indefinitely in culture) wherein such cell line has been permanently

24   altered by the incorporation of foreign DNA.

25   — "Expression Vector": A vector, such as a plasmid, yeast, or animal virus genome, used to

26   introduce foreign genetic material into a host cell so that the host cell expresses the foreign genetic

27   material."

28          The Court hereby **CONSTRUES** the disputed terms as follows:

1   — "Candidate protocol": Proposed therapy regime

2   — "Metastasis": The growth of secondary tumors at sites different from the primary tumor.

3   — "A primary tumor that stably expresses green fluorescent protein (GFP) in cells of said tumor

4   when said tumor metastasizes": A primary tumor whose cells and whose daughter cells maintain

5   the expression of GFP during metastasis.

6   — "Fluorescent Optical Tumor Imaging (FOTI)": Acquiring a light image of a fluorescent tumor

7   or fluorescent tumor cells of a subject, permitting real time and continuous observation, from

8   anywhere in the subject.

9   — "Surgical Orthotopic Implantation": Surgical implantation of tumor or tumor fragments at the

10  site of the tissue from which the tumor or tumor fragments were derived.  The tumor or tumor

11  fragments need not have originated within the host organism.

12  — "Retroviral Vector": An expression vector in the form of a specially construed retrovirus which

13  causes foreign genetic material to be incorporated into the native DNA of the host cell.

14  — "Vicinity of said tumor": At or near said tumor

15  — "Viral promoter": A promoter in which the genetic segment is from the genetic material of a

16  virus, i.e., a particle consisting of nucleic acid enclosed in a protein coat and capable of replicating

17  within a host cell and spreading from cell to cell.

18  — "Promoter": A genetic segment which controls the expression of the gene to which it is linked

19  (i.e., it acts as the "on/off switch" for the expression of that gene.

20  — "Proliferates through multiple passages": Can reproduce multiple times

21         The Court hereby **FINDS** the following terms require no construction:

22  — "Expresses"

23  — "Control Subject"

24  — "Wherein said cell line stably effects high level expression of said GFP in the absence of

25  selection agent"

26  — "Tumor"

27  **II.     '159 Patent**

28         The Court hereby **ADOPTS** the parties' agreed-upon constructions for the following

- 4 -

terms:

— "Animal": A multi-cellular organism of the kingdom of Animalia, characterized by a capacity for locomotion, nonphotosynthetic metabolism, pronounced response to stimuli, restricted growth and fixed bodily structure.

— "Endogenous gene": A gene normally found within the organism being studied; originating or produced within the organism or one of its parts.  Any gene in the animal is endogenous whether original or artificially inserted.

— "Promoter":  A genetic segment which controls the expression of the gene to which it is linked (i.e., it acts as the "on/off switch") for the expression of that gene.

— "Nucleic acid": DNA or RNA

— "Operatively linked": The functional relationship of DNA with regulatory and effector sequences of nucleotides, such as promoters, enhancers, transcriptional and translational stop sites, and other signal sequences.  For example, operative linkage of DNA to a promoter refers to the physical and functional relationship between the DNA and the promoter such that the transcription of such DNA is initiated from the promoter by an RNA polymerase that specifically recognizes, binds to and transcribes the DNA.

— "Promoter of said endogenous gene": a promoter associated with a gene that is endogenous to the animal rather than an artificially employed promoter such as a viral promoter (*e.g.*, a CMV promoter); includes a promoter whose performance is affected by surrounding tissues, drugs, and other conditions.

— "Humanized fluorophore": A fluorophore whose codon is modified according to the codon usage pattern in human genome to enhance its expression while substantially maintaining its fluorescent characteristics.

— "Tumor or cancer associated gene": A gene associated with tumors or cancer

— "Oncogene": A mutated and/or overexpressed version of a normal gene of animal cells (the proto-oncogene) that in a dominant fashion can release the cell from normal restraints on growth, and thus alone, or in concert with other changes, convert a cell into a tumor cell.

— "Tumor suppressor gene": Also known as an anti-oncogene, cancer susceptibility gene; refers

1  to a gene that encodes a product which normally negatively regulates the cell cycle, and which

2  must be mutated or otherwise inactivated before a cell can proceed to rapid division.

3       The Court hereby **CONSTRUES** the disputed terms as follows:

4  — "Fluorophore": A protein that is auto-fluorescent such that no substrates or co-factors are

5  needed for it to fluoresce.

6  — "Whole-body External Fluorescent Optical Imaging": An imaging process in which the

7  presence, absence or intensity of the fluorescence generated by the fluorophore at various locations

8  in the host organism is monitored, recorded and/or analyzed externally without any procedure,

9  *e.g.*, surgical procedure, to expose and/or excise the desired observing site from the host organism.

10  — "Whereby the ability of said promoter to promote expression is monitored": whereby the ability

11  of the promoter to cause its associated fluorophore to produce a protein is monitored

12  — "Expressed in a tissue or organ specific manner": A gene expression pattern in which a gene is

13  expressed, either transiently or constitutively, only in certain tissues or organs, but not in other

14  tissues or organs.

15  — "Cancer associated gene": A gene associated with cancer.

16       The Court **FINDS** that the following terms require no construction:

17  — "A method to monitor the ability of a promoter to promote expression of an animal of an

18  endogenous gene that is controlled by said promoter"

19  — "Operatively linked to the promoter of said endogenous gene whose ability to promote

20  expression is to be analyzed"

21

22  IT IS SO ORDERED.

23

24  DATED:  January 4, 2010

25                            *Janis L. Sammartino*

                          Honorable Janis L. Sammartino

26                            United States District Judge

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cv97