J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 404-9205
Facsimile:     (858) 225-3500

MARTIN B. PAVANE (*PRO HAC VICE*)
TEODOR J. HOLMBERG (*PRO HAC VICE*)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, NY  10176
Telephone:     (212) 687-2770
Facsimile:     (212) 972-5487

Attorneys for Defendant and Counterclaimant
CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation; MERCK & CO., INC., a New Jersey Corporation; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., a Delaware Corporation; and DOES 17-50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No. 3:07-CV-00097 B (RBB)<br><br>**CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.'S RESPONSE TO ANTICANCER, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE WRITTEN OPPOSITION BY APRIL 19, 2010 [DOC. #293]** |

On April 12, 2010, Cambridge Research & Instrumentation, Inc. ("CRI") filed an *Ex Parte* Application Pursuant to Fed. R. Civ. P. 56(f) for an Order Denying or, in the Alternative, Continuing, Plaintiff AntiCancer, Inc.'s ("AntiCancer") Motion for Summary Judgment of Validity

1  ("MSJ").  AntiCancer has requested leave of Court to file a written opposition to CRI's Rule 56(f)
2  *Ex Parte* Application by April 19, 2010.  [Doc. #293.]
3      CRI is concerned that, if AntiCancer's opposition is not due until April 19, 2010, the Court
4  will not have sufficient time to review the papers and issue an order on CRI's Rule 56(f) *Ex Parte*
5  Application before CRI's Opposition to the MSJ is due on **April 30, 2010**.  CRI therefore requests
6  that, if the Court sets a deadline of April 19, 2010 for AntiCancer to respond to the Rule 56(f) *Ex*
7  *Parte* Application, the Court also extend the deadline for CRI to file an opposition to the MSJ until
8  at least **May 12, 2010**, so the Court will have an adequate opportunity to review the papers and issue
9  its order on the Rule 56(f) *Ex Parte* Application before CRI is required to oppose the MSJ.

11  Dated:     April 14, 2010              JACZKO GODDARD LLP
12                                         COHEN PONTANI LIEBERMAN & PAVANE LLP

14                                         By:    s/ Allison H. Goddard
                                                  Allison H. Goddard
15                                                Attorneys for Defendant And Counterclaimant
                                                  CAMBRIDGE RESEARCH &
16                                                INSTRUMENTATION, INC.

## Certificate of Service

*AntiCancer, Inc. v. Cambridge Research & Instrumentation, Inc.*

**07cv0097 JLS (RBB)**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of April, 2010, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/  Allison H. Goddard