# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATIONS, INC., a Delaware Corporation,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07 CV 97 JLS (RBB)<br><br>**ORDER: (1) GRANTING DEFENDANT'S EX PARTE APPLICATION PURSUANT TO FED. R. CIV. P. 56(F); (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. Nos. 283 & 292) |

　　　Presently before the Court is Defendant and Counterclaimant Cambridge Research & Instrumentation, Inc.'s ("CRI") *Ex Parte* Application Pursuant to Fed. R. Civ. P. 56(f) for an Order Denying or, in the Alternative, Continuing Plaintiff AntiCancer, Inc.'s Motion for Summary Judgment of Validity. (Doc. No. 292.) Also before the Court is Plaintiff and Counterdefendant Anticancer, Inc.'s ("AntiCancer") opposition and CRI's reply. (Doc. Nos. 301 & 302.)

　　　Federal Rule of Civil Procedure 56(f) provides:

　　　If a party opposing [a motion for summary judgment] shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) deny the motion; (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or (3) issue any other just order.

Fed. R. Civ. P. 56(f). The Court, having reviewed CRI's Rule 56(f) motion, its attached affidavit, AntiCancer's opposition and CRI's reply, and all supporting documents, finds that CRI has met its burden and **HEREBY GRANTS** CRI's ex parte application. The Court therefore **DENIES WITHOUT PREJUDICE** AntiCancer's motion for summary judgment (Doc. No. 283.). The hearing date and briefing schedule set for this motion are **HEREBY VACATED.**

AntiCancer **SHALL RE-FILE** its motion for summary judgment on or before September 13, 2010. CRI **SHALL FILE** its opposition on or before October 11, 2010. AntiCancer **SHALL FILE** its reply to the opposition on or before October 25, 2010. A hearing on the not-yet-filed motion for summary judgment is **HEREBY SCHEDULED** for Thursday, December 2, 2010 at 1:30 in Courtroom 6.

IT IS SO ORDERED.

DATED: April 26, 2010

*Janis L. Sammartino*

Honorable Janis L. Sammartino
United States District Judge