## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANTICANCER v. CAMBRIDGE                             Case No. 07cv0097 JLS(RBB)
                                                    **Time Spent: 30 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                          Rptr.

                              Attorneys

| Plaintiffs | Defendants |
|---|---|
| Daniel Lawton (present) | Martin Pavane (present) |
| Matt Valenti | Teodor Holmberg (present) |
|  | Allison Goddard |
|  | Natalie Morgan (present) |

PROCEEDINGS:    ___  In Chambers    ___  In Court    _x_  Telephonic

A discovery conference was held regarding the deposition of Pamela Contag.

DATE: May 14, 2010         IT IS SO ORDERED:  /s/ Ruben Brooks
                                              Ruben B. Brooks,
                                              U.S. Magistrate Judge
cc:  Judge Sammartino                  INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record