Dan Lawton (State Bar No. 127342)
Lawton Law Firm
402 West Broadway, Suite 1860
San Diego, CA 92101
Telephone: (619) 595-1370
Facsimile: (619) 595-1520
E-mail: dlawton@lawtonlaw.com

Attorneys for Plaintiff and Counterdefendant AntiCancer, Inc.

J. Christopher Jaczko (State Bar No. 149317)
Allison H. Goddard (State Bar No. 211098)
Jaczko Goddard LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

Martin B. Pavane (admitted *pro hac vice*)
Teodor J. Holmberg (admitted *pro hac vice*)
Cohen Pontani Lieberman & Pavane LLP
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487
E-mail: mpavane@cplplaw.com
E-mail: tidge@cplplaw.com

Attorneys for Defendant and Counterclaimant
Cambridge Research & Instrumentation, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 07 CV 00097-JLS-RBB<br><br>JOINT MOTION FOR ORDER MODIFYING CASE MANAGEMENT ORDER (D.E. 285) AND MODIFYING DEADLINES FOR EXCHANGE OF EXPERT WITNESS LISTS |

| | |
|---|---|
| 1 | CAMBRIDGE RESEARCH & INSTRUMENTATION, INC., |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | ANTICANCER, INC., |
| 6 | Counterdefendant. |

7   The parties move the Court for an order modifying the case management order (D.E.
8   285) so as to provide a short postponement of the deadlines for the exchange of expert
9   witness lists (currently set for June 1 for the initial list and June 22 for the supplemental list).
10  The parties agreed to this joint motion on May 23, at the request of AntiCancer and with the
11  consent of CRI.

12   Good cause exists for the relief requested.  The extra time will allow the parties to
13  work more thoroughly with their experts and improve the quality of the data exchanged.

14   The new deadlines proposed by the parties are: June 15 for the exchange of expert
15  witness lists and July 7 for the exchange of supplemental expert witness lists.

16   A proposed order accompanies this joint motion.

Respectfully submitted,

LAWTON LAW FIRM

Dated: May 28, 2010

By: /s/Dan Lawton
    Dan Lawton
    Attorneys for Plaintiff and Counterdefendant
    AntiCancer, Inc.

COHEN PONTANI LIEBERMAN & PAVANE LLP

Dated: May 28, 2010

By: /s/Martin B. Pavane
    Martin B. Pavane
    Attorneys for Defendant and Counterclaimant
    Cambridge Research & Instrumentation, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing

**JOINT MOTION FOR ORDER MODIFYING CASE MANAGEMENT ORDER (D.E. 285) AND MODIFYING DEADLINES FOR EXCHANGE OF EXPERT WITNESS LISTS**

was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Date:  May 28, 2010              By:  /s/Dan Lawton