MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ANTICANCER v. CAMBRIDGE                           Case No. 07cv0097 JLS(RBB)
                                                  **Time Spent: 9 hours**
HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE                          Rptr.

                              Attorneys
       Plaintiffs                              Defendants

Daniel Lawton                            Martin Pavane
Matt Valenti                             Allison Goddard
Joseph Kracht


PROCEEDINGS:   X  In Chambers      ___ In Court      ___ Telephonic

A settlement disposition conference was held.




DATE: July 12, 2010           IT IS SO ORDERED:  *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Sammartino                   INITIALS: VL (mg/irc) Deputy
    All Parties of Record